FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
2026 JUN -3 PM 3:27
VANIA S. ALLEN
CLERK
BY: DEPUTY CLERK

Fill in this information to identify your case:

United States Bankruptcy Court for the:

Eastern District of Missouri

Case number (If known): 26-57400

Chapter you are filing under:
- ☐ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

06/24

**The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br>Bring your picture identification to your meeting with the trustee. | Mr. Jewell<br>First name<br>Edward<br>Middle name<br>Williams<br>Last name<br>III, et ux<br>Suffix (Sr., Jr., II, III) | Mrs. Rozina<br>First name<br>R<br>Middle name<br>Jones<br>Last name<br>et vi<br>Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | Mrs. Jewell<br>First name<br>Edward<br>Middle name<br>Williams, III, et ux<br>Last name<br>Jewell<br>First name<br>Rozina<br>Middle name<br>Williams<br>Last name<br>Jubabe's Heating & Cooling, LLC<br>Business name (if applicable)<br>Jubabees Community Development INC<br>Business name (if applicable) | Mrs. Rozina<br>First name<br>Jones<br>Middle name<br>Williams, et vi<br>Last name<br>Rozina<br>First name<br>Rhonda<br>Middle name<br>Jones, et vi<br>Last name<br>Jubabees general Contracting<br>Business name (if applicable)<br>Smite The Blight Community<br>Business name (if applicable) |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 2 7 8 2<br>OR<br>9 xx – xx – 6 4 9 9 | xxx – xx – 9 6 9 6 (1 3 8 3 written above)<br>OR<br>9 xx – xx – 9 4 9 9 |

Debtor 1 Mr & Mrs. Jewell E. Williams, III, et ux
First Name Middle Name Last Name

Case number (if known) ______

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| 4. **Your Employer Identification Number (EIN), if any.** | 82-2863168 EIN<br>82-2863503 EIN | 28-9409499 EIN<br>38-3761383 EIN |
| 5. **Where you live** | 1127 Renee Dr (Annexed) to<br>Number Street<br>~~1350 Roth PL~~<br>~~3904 Withda Circle~~<br>* Decatur GA 30035<br>City State ZIP Code<br>~~12020 Landu~~<br>~~St. Louis~~ C/O<br>County<br>DeKalb County | **If Debtor 2 lives at a different address:**<br>1278 Lynwyn Dr<br>Number Street<br>(Atlanta) ~~17888 Ledo~~<br>~~6 Village Walk Decatur GA~~ 30318<br>Atlanta GA 30318<br>City State ZIP Code<br>Fulton / DeKalb C/O<br>County |
| | **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br>4595 Garden Hills Dr<br>~~131 W High Street~~<br>Number Street<br># ~~1409, PO-BOX 1409~~<br>P.O. Box<br>~~Jefferson City MO 65102~~<br>City State ZIP Code<br>Stone Mountain GA 30083 | **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br>4595 Garden Hills Dr<br>Number Street<br>P.O. Box<br>Stone Mountain GA 30083<br>City State ZIP Code |
| 6. **Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br>☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br>☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) |

Debtor 1 Mr & Mrs. Jewell E Williams, III, et ux — First Name / Middle Name / Last Name — Case number (if known)________

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7
☐ Chapter 11
☑ Chapter 12
☐ Chapter 13

**8. How you will pay the fee**

☐ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☑ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☐ No
☐ Yes. District Eastern When 11 02 2023 (MM / DD / YYYY) Case number 10-6247-23-43??
District ________ When ________ (MM / DD / YYYY) Case number ________
District ________ When ________ (MM / DD / YYYY) Case number ________

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No
☐ Yes. Debtor ________ Relationship to you ________
District ________ When ________ (MM / DD / YYYY) Case number, if known________
Debtor ________ Relationship to you ________
District ________ When ________ (MM / DD / YYYY) Case number, if known________

**11. Do you rent your residence?**

☐ No. Go to line 12.
☑ Yes. Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.
☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1 Mr. & Mrs. Sewell E. Williams, III, et ux Case number (if known)____________
First Name Middle Name Last Name

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

- ☐ No. Go to Part 4.
- ☑ Yes. Name and location of business

Jubabee General Contracting
Name of business, if any

3117-3123 N. Grand Blvd
Number Street

City of St. Louis MO 63107
City State ZIP Code

*Check the appropriate box to describe your business:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☑ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☑ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

- ☑ No. I am not filing under Chapter 11.
- ☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.
- ☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.
- ☑ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

Debtor 1 Mr. & Mrs. Jewell E. Williams, III, et ux
First Name Middle Name Last Name
Case number (if known)

## Part 4: Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

14. **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☐ No

☑ Yes. What is the hazard? Perishable goods and building that needs urgent repairs TO roof and underground irrigation syst.

If immediate attention is needed, why is it needed? All perishable goods and live stock will be damaged by water and lack of quality care

Where is the property? 3117-3123 N Grand Blvd St. Louis 63107
Number Street
12020-12030 Lavida ave St. Louis 63138
319 Wild Horse Canyon Dr Chesterfield
City State ZIP Code
Chesterfield MO 63005
12225 Rolling Cord St. Louis 63033
All Those similarly situated

Debtor 1 Mr. & Mrs. Jewell E. Williams, III, et ux — First Name / Middle Name / Last Name — Case number (if known) ____________

## Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

- ☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

  Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

- ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

  Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

- ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

  To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

  Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

  If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

  Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

- ☐ **I am not required to receive a briefing about credit counseling because of:**

  - ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.
  - ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.
  - ☐ **Active duty.** I am currently on active military duty in a military combat zone.

  If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

- ☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

  Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

- ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

  Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

- ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

  To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

  Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

  If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

  Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

- ☐ **I am not required to receive a briefing about credit counseling because of:**

  - ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.
  - ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.
  - ☐ **Active duty.** I am currently on active military duty in a military combat zone.

  If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1 Mr. & Mrs. Jewelle E-Williams, III, et ux
First Name Middle Name Last Name

Case number (if known)

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

- ☑ No. Go to line 16b.
- ☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

- ☐ No. Go to line 16c.
- ☑ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

- ☑ No. I am not filing under Chapter 7. Go to line 18.
- ☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
  - ☐ No
  - ☐ Yes

**18. How many creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☑ More than $50 billion |

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ mrs. jewell e williams, e
✗ ex rel. Mrs. Jewell Williams, et ux
Signature of Debtor 1 UCC1

/s/ Rossing Jones, et vi
✗ ex rel. Mrs. Rossing Jones, et vi
Signature of Debtor 2 UCC1

Executed on 6 3 2026
MM / DD / YYYY

Executed on 6 3 2026
MM / DD / YYYY

Debtor 1 Mr. & Mrs. Jewell E. Williams, III, et ux
First Name Middle Name Last Name

Case number (if known)______________________________

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

✘ ______________________________ Date ________________
Signature of Attorney for Debtor MM / DD / YYYY

____________________________________________
Printed name

____________________________________________
Firm name

____________________________________________
Number Street

____________________________________________

____________________________________________
City State ZIP Code

Contact phone ____________________ Email address ____________________

____________________________________________
Bar number State

Debtor 1 Mr. & Mrs. Jewell E. Williams, III, et ux
First Name Middle Name Last Name

Case number (if known)

**For you if you are filing this bankruptcy without an attorney**

**If you are represented by an attorney, you do not need to file this page.**

The law allows you, as an individual, to represent yourself in bankruptcy court, but **you should understand that many people find it extremely difficult to represent themselves successfully. Because bankruptcy has long-term financial and legal consequences, you are strongly urged to hire a qualified attorney.**

To be successful, you must correctly file and handle your bankruptcy case. The rules are very technical, and a mistake or inaction may affect your rights. For example, your case may be dismissed because you did not file a required document, pay a fee on time, attend a meeting or hearing, or cooperate with the court, case trustee, U.S. trustee, bankruptcy administrator, or audit firm if your case is selected for audit. If that happens, you could lose your right to file another case, or you may lose protections, including the benefit of the automatic stay.

You must list all your property and debts in the schedules that you are required to file with the court. Even if you plan to pay a particular debt outside of your bankruptcy, you must list that debt in your schedules. If you do not list a debt, the debt may not be discharged. If you do not list property or properly claim it as exempt, you may not be able to keep the property. The judge can also deny you a discharge of all your debts if you do something dishonest in your bankruptcy case, such as destroying or hiding property, falsifying records, or lying. Individual bankruptcy cases are randomly audited to determine if debtors have been accurate, truthful, and complete. **Bankruptcy fraud is a serious crime; you could be fined and imprisoned.**

If you decide to file without an attorney, the court expects you to follow the rules as if you had hired an attorney. The court will not treat you differently because you are filing for yourself. To be successful, you must be familiar with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the court in which your case is filed. You must also be familiar with any state exemption laws that apply.

Are you aware that filing for bankruptcy is a serious action with long-term financial and legal consequences?

- ☐ No
- ☑ Yes

Are you aware that bankruptcy fraud is a serious crime and that if your bankruptcy forms are inaccurate or incomplete, you could be fined or imprisoned?

- ☐ No
- ☑ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out your bankruptcy forms?

- ☑ No
- JJ ☒ Yes. Name of Person________.
  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

By signing here, I acknowledge that I understand the risks involved in filing without an attorney. I have read and understood this notice, and I am aware that filing a bankruptcy case without an attorney may cause me to lose my rights or property if I do not properly handle the case.

| | |
|---|---|
| /s/ mrs. jewell e williams iii<br>✗ ex rel. Mrs. Jewell E. Williams III et ux<br>Signature of Debtor 1 UCC1 | /s/ rossina jones<br>✗ ex rel. Mrs. Rossina Jones, et vi<br>Signature of Debtor 2 UCC1 |
| Date 10 10 2024<br>MM / DD / YYYY | Date 10 10 2024<br>MM / DD / YYYY |
| Contact phone 813-772-0927 | Contact phone 314-398 7834 |
| Cell phone 573- | Cell phone 573- |
| Email address rossina-jones@Yahoo.com | Email address rossina-jones@Yahoo.com |

Verification of Matrix and Matrix

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
Northern DIVISION

In re: )
Mr. Jewelle E. Williams, III, et ux )
)
Mrs. Roszina Jones, et vi )
)
Debtor(s). )
)

Case No.___-________-___

Chapter 12

**Verification of Creditor Matrix**

The above named debtor(s) hereby certifies/certify under penalty of perjury that the attached list containing the names and addresses of my creditors (Matrix), consisting of 36 page(s) and is true, correct and complete.

/s/ mrs jewell e williams, et ux
ex rel. Jewelle E. Williams, III, et ux
Debtor Signature

/s/ roszina jones, et vi
ex rel. Mrs. Roszina Jones, et vi
Joint Debtor Signature (If applicable)

Dated: 6-03-2026

Commission on Retirement
Removal and Discipline
Laura J. Johnson
110 W. Elm Street, Room 205
Ozark, MO 65721-9216

Court ORI Number MO095015
Offense Cycle No (OCN) 06100389
Investigating Agency ORI MO0950000
Warrant number 21-SLFTA-3277
105 South Central
Clayton, MO 63105-1704

DA Woods Investments & Notary , LLC
8905 Hillview Ave.
St. Louis, MO 63136

DA Woods Investments and Notary , LLC
3117 N Grand Blvd
St. Louis, MO 63107-2503

Dem services, LLC
1550 American Blvd
Ste. 200
Bloomington, MN 55425-1116

Department of Social Elementary and Second I
1900 East Division
Springfield, MO 65803-4517

Destiny S.S. Jones
1033 Wilton Royal Dr. #211
Creve Coeur, MO 63146-5555

Dre Beth, LLC
12030 Lavida Avenue
St. Louis, MO 63138-3125

Dre Beth, LLC
4213 Dell Marina Wrey, At. D 204
Via Marina, CA 90292

Eldorado #3L:15B:33PB : 27PG35
Book:18455 -Page: 387-403
41 South Central
Clayton, MO 63105-1719

(p)BOARD OF GOVERNORS OF THE FEDERAL RESERVE
ATTN YONATAN GELBLUM
20TH ST NW AND CONSTITUTION AVE NW
WASHINGTON DC 20551-0001

Federal Reserve Bank of Kansas City
1 Memorial Drive
Kansas City, MO 64198-0002

Federal Reserve Bank of St. Louis
Broadway and Locust
1 Federal Reserve Bank Plaza
St. Louis, MO 63102-1000

(p)FIRST NATIONAL BANK OF OMAHA
1601 DODGE ST
STOP CODE 3113
OMAHA NE 68102-1637

Fulton County Sheriff's Office
185 Central Av e. SW
Atlanta, GA 30303-3676

GREGORY F.X. DALY, COLLECTOR OF REVENUE
1200 MARKET ST., ROOM 410
ST. LOUIS, MO 63103-2841

GST Properties
3115 N Grand Blvd
St . Louis, MO 63107

GST Properties
8905 Hillsview Ave.
St. Louis, MO 63136

Gerald E. Smith
Recorder of Deeds
Marriage License
41 South Central
St. Louis, MO 63105-1764

Gregory F.X. Daily
1200 Market, Room 110
St. Louis, MO 63103-2803

Gregory J. Linhares
111 S. 10th Street
St. Louis, MO 63102-1125

Henry Edward Autrey
111 S. 10th St.
St. Louis, MO 63102-1125

Hilton Doyle
3119 N Grand Blvd
St. Louis, MO 63107-2503

Internal Revenue Service
P O Box 7346
Philadelphia PA 19101-7346

Isaac E. Dodd
St. Louis County Public Defender's
100 S. Central Ave
Clayton, MO 63105-1709

James M. Smith
Administrator and Counsel
2190 S. Mason Road, Ste. 201
St. Louis, MO 63131-1637

Janet Wellen
Department of Treasury
1500 Pennsylvania Ave N. W.
Washington, DC 20220-0002

Janice M. Hammonds
Recorder of Deeds, Registra
St. Louis County Missouri
41 South Central
Clayton, MO 63105-1764

Joan M. Gilmer, Circuit Clerk
St. Louis County Courthouse
105 S. Central, Room 309
Clayton, MO 63105-1772

John N. Borbonus, III
St. Louis County Courthouse
105 S. Central Room 384
Clayton, MO 63105-1772

John R Ashcroft
Missouri Secretary of State
Jefferson City, MO 65102

Johnie C. Jones
1443 Park Ave.
St. Louis, MO 63104-3039

Johnie Frank Jones
12590 Sparkling Lake Dr
St Louis, MO 63138-2730

Joseph L. Walsh, III
105 S. Central
Clayton, MO 63105-1704

Joseph Wolf & Barabara H. Wolf
St. Louis, MO

Joy Hannel
Chief Legal Counsel
One Post Office Square
815 Olive Street
St. Louis, MO 63101-1531

Jubabees Community Development
12030 Lavida Ave.
St. Louis, MO 63138-3125

Kurt S. Odenwald
One Post Office Square
St. Louis, MO 63101

MERS Mortgage Electronic Registration Syster
As nominee for US Bank NA, its Successor
1901 E Voorhees Street, Ste C
Danville, IL 61834-4512

MK Property Management, LLC
6805 Clearbrook Dr.
St. Louis, MO 63122

MK Property Managements, LLC
319 Wildhorse Canyon Dr
Wildwood, MO 63005-4132

MO 880-1667 (04-2009) DOR-1117 (04-2009)
Missouri Department of Revenue
PO Box 475
Jefferson City, MO 65105-0475

Mark Harder
Chesterfield, MO 63005

Mark Harder
County Counselor
Chesterfield, MO 63005

Meadow Glen Apt
12590 Sparkling Lake
St. Louis, MO 63138-2730

Meredith M. Rogers #69305
Office of the Circuit Clerk
105 S. Central Ave.
Clayton, MO 63105-1775

Metropolitan St. Louis Psychiatric Center
5351 Delmar Blvd
St. Louis, MO 63112-3146

Michael E. Gans
Clerk of Court
111 S. 10th Street
Rm 24.329
St. Louis, MO 63102-1127

Military OneSource
PO Box 6060
Newport Beach, CA 92658-6060

Millsap & Singer, LLC
612 Spirit Dr
Chesterfield, MO 63005-1259

Missouri Bar Association
207 W Hight St
Jefferson City, MO 65101-1516

Missouri Board of Governors
Capital Building Rm 121
Jefferson City, MO 65102

Missouri Court of Appeals
Eastern District
Laura Roy, Clerk
One Post Office Square
St. Louis, MO 63101

Missouri Deparmtment of Social Services
3418 Knipp Dr.
Jefferson City, MO 65109-5701

Missouri Department of Mental Health
3418 Knipp Dr.
Jefferson City, MO 65109-5701

Missouri Department of Revenue
General Counsel's Office
PO Box 475
Jefferson City, MO 65105-0475

Missouri Department of Senior Services
3418 Knipp Dr.
Jefferson City, MO 65109-5701

Missouri Department of Vital Records
3418 Knipp Dr.
Jefferson City, MO 65109-5701

Missouri Public Defender
P.O . Box 10282
Columbia, MO 65205-4005

Missouri State Public Defender Office
Beverly Harber, Isaac Dodd, Sierra Johns
100 S. Central Ave
Clayton, MO 63105-1709

Municipal Courts of St. Louis County, Missou
Division (Room 289) Courts Building
105 S Central Avenue
Clayton, MO 63105-1704

Nancy Watkins Mclaughlin
Circuit Court Judge
St. Louis County Courthouse
105 S. Central, Room 386
Clayton, MO 63105-1772

Natalie E. Lea
111. S. 10th
St. Louis, MO 63102-1125

Neighborhood Preservation
41 South Central Ave
Clayton, MO 63105-1719

Notice to Cash Depositor of Bonds Cash Bond
Transaction #1699677 Receipt 122892
Associate Division 40
100 S. Central, 3rd Floor
Clayton, MO 63105-1732

Nzinga Begum
PO Box 1555
St. Louis, MO 63188-1555

Office of Governors Michael Parson
PO Box 720
Jefferson City, MO 65102-0720

Office of US Trustee
111 S Tenth St, Ste 6.353
St. Louis, MO 63102-1127

Office of the Chief Disciplinary Counsel (O(
3327 American Avenue
Jefferson City, MO 65109-1016

Office of the Prosecuting Attorney
Attn: John P. Frisella, Alexander Balbes
St. Louis County Justice Center, 2nd Fl.
100 S. Central
Clayton, MO 63105-1709

Office of the Prothonotary
PO Box 62575
Harrisburg, PA 17106-2575

Office of the Public Defender
Attn: Isaac E. Dodd; Beverly Harbor
St. Louis County Justice Center, 2nd Fl.
100 S. Central
Clayton, MO 63105-1709

Office of the U. S. Trustee
U. S. Trustee's Office
Region 13 Eastern District Missouri
Suite 6 . 353
111 S. Tenth Street
St. Louis, MO 63102-1125

One Post Office Square
815 Olive Street
St. Louis, MO 63101-1531

Pension Plan Administration
Nestle Dept NSL
PO Box 98109
El Paso, TX 79998

Public Vendue
East Entrance of St. Louis County Courth
Clayton, MO 63105

Public Works Dept
North Office
715 Northwest Plaza Dr.
St. Ann, MO 63074-2215

Randel Reinker
Reinker, Hamilton, Fenley, LLC
2016 Big Bend Blvd
St. Louis, MO 63117-2404

Recorder of Deeds
41 South Central
Clayton MO 63105-1764

Richard C. Bresnahan, Circuit Judge
7900 Carondelet Ave
Clayton, MO 63105

Rozina Muthoka Alias Rozina R. Jones
100 South Central Avenue
Clayton, MO 63105-1709

Rozina Rhonda Jones
612 Spirit Dr
Chesterfield, MO 63005-1259

Rozina Rhonda Jones
PO Box 8827
St. Louis, MO 63101-8827

Rozina Williams
1225 Rollingford
Blackjack, MO 63033

SCRA
PO Box 6060
Newport Beach, CA 92658-6060

SUN -56904 0865-4CRCODade 23-43991
BAE Systems
Bankruptcy Noticing Center
45479 Holiday Drive
Sterling, VA 20166-9411

Saint Louis County Assessor
Assessor's Office
41 S. Central Avenue
St. Louis, MO 63105-1719

Saint Louis County Council Office
41 S Central
St. Louis, MO 63105-1719

Saint Louis County Justice Services
100 S. Central Ave.
Clayton, MO 63105-1709

Secretary of State
PO Box 1159
Jefferson City, MO 65102-1159

Sheila Jones-Moore
12554 Sparkling Lake
St. Louis, MO 63138-2730

Shynell Campbell
12225 Rollingford
Blackjack, MO 63033-7124

Smite the Blight Community
12020 Lavida
St. Louis, MO 63138-3125

Smite the Blight Community
12020 Lavida Ave
St. Louis, MO 63138-3125

Smite the Blight Community Trust
3117-3123 N Grand Blvd
St. Louis, MO 63107-2503

Social Security Administration
6401 Security Blvd
Baltimore, MD 21235-6401

South & Associates
13160 Foster, Ste 100
Overland Park, KS 66213-2848

Southlaw, PC
13160 Foster, Ste 100
Overland Park, KS 66213-2848

St . Louis County Police Department
Attn: All Detectives DSN 2919
7900 Forsyth
Clayton, MO 63105-3809

St . Louis County Sheriff Office
105 S. Central Ave
Clayton, MO 63105-1704

St Louis City Sheriff Office
Tucker & Market Street
St Louis, MO 63103

St. Louis City Comptroller Office
1200 Market St
St. Louis, MO 63103-2826

St. Louis City Recorder of Deeds
1200 Market Street Rm 127
St. Louis, MO 63103-2808

St. Louis County
41 South Central
City of Clayton, MO 63105-1759

St. Louis County Circuit Court
21st Judicial Circuit of Missouri, Cle.
105 South Central Ave
Clayton, MO 63105-1773

St. Louis County Counselor's Office
41 South Central Ave.
Clayton, MO 63105-1719

St. Louis County Domestic Violence Unit
110 S Central
Clayton, MO 63105

St. Louis County Justice Agency
St. Louis County Justice Association
105 S. Central
Clayton, MO 63105-1704

St. Louis County Justice Serv ices
100 S. Central
St. Louis, MO 63105-1709

St. Louis County Justice Services
100 S. Central
St. Louis, MO 63105-1709

St. Louis County Police Benevolent Associati
110 S. Central Avenue
Clayton, MO 63105

St. Louis County Police North Precinct
11815 Benham Rd
St. Louis, MO 63138-1308

St. Louis County Political Subdivision
41 S. Central
Clayton, MO 63105-1719

St. Louis County Public Health
Corrections Medicine
100 S. Central Ave.
Clayton, MO 63105-1709

St. Louis County Public Works Dept
South Office
4556 Lemay Ferry Rd
St. Louis, MO 63129-1614

St. Louis County, Missouri
The undersigned trustee
East Entrance of the St. Louis County Co
Clayton, MO 63105

State Title Company
105 S . Central Ave.
St. Louis, MO 63105-1775

State of Missouri
County of St. Charles
Unknown
St. Charles, MO unknown

State of Missouri Department of Mental Healt
Attn: Michael Parson Governor, Valerie H
5351 Delmar Boulevard
St. Louis, MO 63112-3146

State of Missouri State Treasurer
Malek Vivek
PO Box 210 RM 121
Jefferson City, MO 65102-0210

State of Missouri, County of St . Louis
The Grand Jurors of the County of St. Lo
Circuit Court of St. Louis County , MO
105 South Central
Clayton, MO 63105-1704

Stephen Danner
Adjutant General of State of Missouri
2302 Militia Dr.
Jefferson City, MO 65101-1203

Supreme Court of Missouri
Betsy Aubuchon Clerk
Jefferson City, MO 65102

Supreme Court of Pennsylvania
PO Box 62575
Harrisburg, PA 17106-2575

Supreme Court of the United States
Office of the Clerk
Washington, DC 20543-0001

Susan L. Lissant, MO Bar #56970
Federal District
301 W. High Street, Room 670
PO Box 475
Jefferson City , MO 65105 -0475

The 21st Judicial Circuit, St. Louis County,
105 S. Central Avenue
Clayton, MO 63105-1704

The Bank of New York Mellon Trust Company, e
612 Spirit Dr
Chesterfield, MO 63005-1259

The City of St. Louis
1200 N Market St
St. Louis, MO 63103-2826

The Grand Jury
100 S. Central
Clayton, MO 63105-1709

The Honorable John N. Borbonus
Circuit Court of St. Louis County, Divis
105 South Central Ave.
Clayton, MO 63105-1704

Thomas Jefferson Trust
Estate of Thomas Jefferson
Unknown
Washington, DC US

Thomas Taylor DSN 2919
St . Louis County Police Dept
110 S. Central Ave.
Clayton, MO 63105

(p)U S BANK
4801 FREDERICA STREET
OWENSBORO KY 42301-7441

US Bank
Attn: Consumer Advocacy
PO Box 211259
Eagan, MN 55121-2659

US Bank
Attn: Insurance Department
PO Box 961045
Fort Worth, TX 76161-0045

US Bank
Attn: Payment Processing
3751 Airpark Dr.
Owensboro, KY 42301-7703

US Bank
Attn: Release Department
3751 Airpark Dr.
Owensboro, KY 42301-7703

US Bank Home Mortgage
3180 Rider Trail
Earth City, MO 63045-1518

US Bank Home Mortgage
A Division of US Bank National Associan
3751 Airpark Mail Code CN-KY-APDC
Owensboro, KY 42301

US Bank NA et al
4801 Frederica Street
Owensboro, KY 42301-7441

US Bank, Newport KY
Newport, KY Unknown

US Court of Appeal
For District of Columbia Circuit
Washington, DC 2

US Court of Appeals
For the 8th Circuit
111 S. 10th Street Rm
St. Louis, MO 63102-1125

US Department of Justice
Attn: All Acting Officials
111 S. 10th St.
St. Louis, MO 63102-1125

US District Court
District of Columbia (Washington, DC)
333 Constitution Ave
Washington, DC 20001-2837

US National Committee
1050 Connectic NW #500
Washington, DC 20036-5304

US Trustee
111 S. 10th Street
St. Louis, MO 63102-1125

US Trustee's Office
111 S. Tenth Street
St. Louis, MO 63102-1125

(p)U S ATTORNEY'S OFFICE
111 SOUTH TENTH STREET ROOM 20 333
ST LOUIS MO 63102-1125

United States Department of State
2201 C Street NW
Washington, DC 20451-0001

United States District Court
Eastern District of Missouri
Eastern Division
111. S. 10th Street
St. Louis, MO 63102-1125

United States District and Bankruptcy Court
For all District
Office of the Clerk
Washington, DC 20001

United States Secretary of State
1600 Pennsylvania Ave NW
Washington, DC 20500-0005

United States Secretary of States
2201 C Street NW
Washington, DC 20451-0001

Vital Records
PO Box 1159
Jefferson City, MO 65102-1159

Westley Bell
Prosecuting Attorney
100 S. Central Avenue
Clayton, MO 63105-1709

Wildwood City Hall
Unknown
North County Pricent, St. Louis
St. Louis, MO 631

Wilkens & Company
555 Fourth Street
Washington, DC 20001-2733

Woodrow Wilson Trust
Estate of Woodrow Wilson
Unknown
Washington, DC US

World Trade Center
50 Church Street
New York, NY 10007

Zachery & Karen Schmitt
319 Wildhorse Canyon
Wildwood, MO 63005-4132

Charles W Riske
Charles W. Riske
13321 N Outer 40 Road Suite 600
Town and Country, MO 63017-5944

Jewell Edward Williams III
131 W High Street
PO Box 1409
Jefferson City, MO 65102-1409

Roszina R Jones
5351 Delmar Blvd
St Louis, MO 63112-3146

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

City of St. Louis
Tishaura O. Jones
1200 Market St.
St. Louis, MO 63103

Collector of Revenue
41 S. Central Ave.
St. Louis, MO 63105

Federal Reserve
Federal Reserve Bank
1850 K Street NW
Washington, DC 20006

First National Bank of Omaha
1620 Dodge Street, Stop Code 3113
Omaha, Nebraska 68197

(d)St. Louis Collector of Revenue
1200 N. Market
St. Louis MO 63102

U.S. Bank National Association
c/o U.S. Bank Home Mortgage,
a division of U.S. Bank N.A.
2800 Tamarack Road
Owensboro, Kentucky 42301

(d)US Bank
Attn: Consumer Bureau Management
PO Box 21977
Eagan, MN 55121

(d)US Bank
PO Box 211128
Eagan, MN 55121-4201

(d)US Bank Home Mortgage
PO Box 21948
Eagan, MN 55121

(d)US Bank NA
PO Box 20005
Owensboro, KY 42304-0005

(d)US Bank National Association
2800 Tamarack Road
Owensboro, KY 42301

(d)US Bank National Association
4801 Frederica Street
Owensboro, KY 42301

United States Attorney
111 S. 10th Street
St. Louis, MO 63102

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)U.S. Bank National Association

(u)AT&T, et al
Unknown

(u)Ameren UE Missouri
Unknown

(u)American Express
Unknown
Unknown

(u)American Family Insurance
Unknown
Unknown

(u)American Water
Missouri
Unknown

(u)Ameristar Casino
Unknown
St. Charles, MO unknown

(u)Associates Financial Services Co. of RI or
Unknown
Unknown

(u)Barnes -Jewish Hospital
Unknown
Unknown MO 63110

(u)Black Acres
Unknown
Unknown

(u)CDC
Unknown
Unknown

(u)Capital One
Unknown
Unknown

(u)Caterpillar, et al CAT
Unknown
Unknown

(u)Charles Riske, Trustee
Unknown
Chesterfield, MO 63005

(u)Christian Hospital North/South
Unknown
St. Louis, MO 63138

(u)City of St. Louis Division of Corrections
Unknown
Unknown MO

(u)Comptroller General of the United States
Unknown
Unknown U. S.

(u)Continental Title Company
Unknown
St. Louis, MO unknown

(u)DISH Network, et al
Unknown

(u)Dave Mungest Lexus Dealer, et al
Unknown
Unknown

(u)DePaul Hospital
Unknown
Unknown, MO

(u)Department of Treasury
Internal Revenue Service
Unknown
Unknown

(u)Dewitt Insurance, et all
Unknown

(u)Dhss.mo.gov
Unknown
Unknown

(u)Direct TV, et al
Unknown

(u)Dow Jones Investors, et al
Unknown
Unknown

(u)FDIC
Unknown
Unknown

(u)Farmers Insurance
Unknown
Unknown

(u)Federal Reserve Bank
All Locations
Unknown

(u)Federal Truth-In-Lending
Unknown
Unknown

(u)First Priemiere Credit, et al
Unknown
Unknown

(u)Ford Motors
Unknown
Unknown

(u)Fulton County Sheriff Jail
Unknown Wright Street
Atlanta, GA 30303

(u)Gallagher Financial Systems
Unknown
Unknown

(u)Georgia Department of Corrections
Unknown
Unknown GA

(u)Governor Brian Kemp
Unknown
Atlanta, GA 30303

(u)HUD

(u)Health and Senior Services
Unknown
Unknown

(u)Healthlink
Unknown
Unknown

(u)Heartland Hospice
Unknown
Unknown

(u)Home Depot
Unknown
Unknown

(u)ICE, International Exchange, et al
Unknown
Unknown

(u)Internal Revenue Service
Unknown
Unknown US

(u)Jennifer L. Henson
Notary Public
Unknown
St. Charles, MO unknown

(u)Khorobask Holdings
Cheverin Group
Unknown Unknown

(u)Medicaid & Medicare, et al
Unknown
Unknown

(u)Midland Bank
Unknown
Unknown

(u)Missouri -single family -Fannie Mae / Fr
Unknown
Unknown

(u)Missouri Domestic Violence Department, et
Unknown
Unknown

(u)Missouri Gaming Commission
Unknown
Unknown

(u)Missouri Medicaid
Unknown
Unknown

(u)Missouri Office of the Comptroller
Unknown
Jefferson City, MO 65102

(u)Missouri Solicitor General
Unknown
Jefferson City, MO 65102

(u)Missouri State Trust, et al
Unknown
Jefferson City, MO 65102

(u)Missouri Victim Services, et al
Unknown

(u)Mortgage Contracting Services
Unknown
Unknown

(u)Neighbors Credit Union
Unknown
Unknown

(u)New York Stock Exchange
Unknown
New York Unknown

(u)PNC Bank
Unknown
Unknown

(u)Primedica
Unknown
Unknown

(u)Railroad Bonds
Unknown
Unknown

(u)Reading Railroad
Unknown
Unknown

(u)Ronald Regan Trust
Estate of Ronald Regan
Unknown
Unknown USA

(u)SLU Hospital
Unknown
St. Louis, MO 63110

(u)Sheriff Patrick LaBat
Fulton County, GA
Unknown
Atlanta, GA 30303

(u)Spectrum
Unknown
Unknown

(u)Spectrum Mobile
Unknown
Unknown

(u)Spire
Unknown

(u)Sprint PCS
Unknown

(u)St. Charles Attorney's at Law
Unknown
Unknown

(u)St. Louis Arts Festival
Unknown
Unknown

(u)St. Louis University et al
Unknown
Unknown

(u)State Farm Insurance
Unknown
Unknown

(u)The Bank of America, et al
All Institutions
Unknown USA

(u)The Office of the Comptroller of the Cur
Occ.treas.gov/ftp/advisory/2009.1.pdf
Unknown
Unknown

(u)Tradel/Securities
Unknown
Unknown

(u)US Armed Forces
Unknown US

(u)US Department of Defense
Unknown
Washington, DC Unknown

(u)US Department of Housing and Urban Develop
Office of Housing
Unknown

(u)USS Ronald Regan
Red Sea
Unknown

(u)Union Electric, et al
Unknown
Unknown

(u)Union Pacific Railroad
Unknown
Unknown

(u)Verizon Wireless
Unknown

(u)Veteran Affairs
Unknown
Unknown USA

Label Matrix for local noticing
0865-4
Case 24-43753
Eastern District of Missouri
St. Louis
Wed May 27 16:30:32 CDT 2026

Circuit Court of St. Louis County
Circuit Civil Docketing Department
105 South Central Avenue
Clayton, MO 63105-1773

111 South Tenth Street
Fourth Floor
St. Louis, MO 63102-1125

Allen South
13160 Foster, Ste 100
Overland Park, KS 66213-2848

Andrew Bailey, Attorney General
State of Missouri
301 W. High Street, Room 670
PO Box 475
Jefferson City, MO 65105-0475

Annette Prock
Clerk, Circuit Court of St . Louis Count
St. Louis County Courts Building
105 South Central, Rm. 309
Clayton, MO 63105-1772

Any Peace Office in the State of Missouri
Circuit Court of Missouri
St. Louis, MO 63105

Assistant General Counsel
Attn : Edward V. Crites #33985
Department of Mental Health
5400 Arsenal St., Mail Stop A-116
St. Louis, MO 63139-1403

Atlanta City Detention Center
254 Peachtree Street SW
Atlanta, GA 30303-3731

Attorney General's Office
One Post Office Square
815 Olive Street
St. Louis, MO 63101-1531

Bank of America
123 Main Street
New York, NY 20202

Barbara & Joseph Wolf
6801 Clearbrook Dr.
St. Louis , MO 63147

Bonial & Associates, PC
14841 Dallas Parkway, Suite 350
Dallas, TX 75254-7685

Bonial & Association, PC
PO Box 9013
Addison, TX 75001-9013

Brandon High School
Hillsborough County
Brandon, FL 33594

Bureau of Justice Assistance
U.S. Department of Justice
6302 Benjamin Rd.
Tampa, FL 33634-5116

Capital One
987 South Street
New York, NY 10023

Capital One N.A.
by AIS InfoSource LP as agent
PO Box 71083
Charlotte, NC 28272-1083

Catherine Wolf
Loan #2200005269
3180 Rider Trail
Earth City, MO 63045-1518

Chapter 13 Trustee
Diana S. Daugherty
PO Box 430908
St. Louis, MO 63143-0908

Christopher Braeske
100 S. Central
Clayton, MO 63105-1709

Circuit Court of St. Louis County, County
105 S. Central Ave.
St. Louis, MO 63105-1773

Circuit Court of the County of St. Louis
State of Missouri
105 South Central
Clayton, MO 63105-1773

City of St. Louis
Department of Public Safety
Division of Building and Inspection
1200 Market St., Rm 426
St. Louis, MO 63103-2870

(p)GREGORY FX DALY COLLECTOR OF REVENUE
1200 MARKET ST ROOM 410
ST LOUIS MO 63103-2841

City of St. Louis Building Division
1200 Market St. Rm 426
St . Louis, MO 63103-2870

Clerk, Carol Carter
105 S Central Ave
Clayton, MO 63105-1704

Clerk, US District Court
Eastern District of Missouri
111 S. 10th Street
St. Louis, MO 63102-1123

(p)ST LOUIS COUNTY COLLECTOR OF REVENUE
41 S CENTRAL AVE
SAINT LOUIS MO 63105-1719

Commission of Accreditation
FCR Corrections
100 South Central Ave
St. Louis, MO 63105-1709

(u)Visa
Unknown
Unknown

(u)Waste Management Services
Unknown
Unknown

(u)Wells Fargo Investments
Unknown
Unknown

(u)Wells Fargo, et al
Unknown
Unknown

(u)World Bank
All Locations
Unknown

End of Label Matrix
Mailable recipients 194
Bypassed recipients 89
Total 283

Whitlock Towing

STAR 2021 SFR Borrower 1

PACER

GM Financial

Invitation homes

Joel L Turner

Terry McCord

GAWD

Brookhaven

GM Insurance

Missouri Division of Family Services

FED & Delivery 6·3·2026

Jewell e Williams M.
roszina Jones Fed x Delivered Chapter 12 238
Family farmer Trust

FEDERAL RESERVE BANK of Kansas City
1 Memorial Drive
Kansas City MO 64198

BONIAL & ASSOCIATES, P.C.
14841 DALLAS PARKWAY, SUITE 350
DALLAS, TX 75254

U.S. Bank
Attn: Payment Processing
3751 Airpark Dr.
Owensboro, KY 42301

UNITED STATES DISTRICT AND
BANKRUPTCY COURT
FOR ALL DISTRICT
OFFICE OF THE CLERK
WASHINGTON, DC 20001

CHAPTER 13 Trustee
Diana S. Daugherty
P.O. Box 430908
St. Louis. MO 63143

Natalie E. Lea
111 S Tenth
ST. LOUIS MO 63102

U.S. Bank National Association
2800 Tamarack Road
Owensboro, Kentucky 42301

JODY WHITLOCK
TED WHITLOCK

STor Matrix and Matrix

41 South Central
City of Clayton MO 63105

City of St. Louis Building Division
1200 Market St. Rm 426
ST. Louis, MO 63103

Commission on Accreditation
For Corrections
100 South Central Ave
Saint Louis, MO 63105

Department of the Treasury
Internal Revenue Service
Unknown
Unknown.

dcm Services, LLC
1550 American BLVD E STE 200
Bloomington MN 55425-1116

Clerk, Carol Carter
105 S Central Ave
Clayton. Missouri 63105

Court ORI Number MO095019J
Offense Cycle NO. (OCN): 06100389
Investigating Agency ORI: MO0950000
DOB: 04-NOV-1973
Warrant Number: 21-SLFTA-3277
105 South Central
Clayton MO 63105

Verification

111 S. Tenth Street
Saint Louis MO 63102-0000

Clerk, U.S. DISTRICT COURT
Eastern District of Missouri
111 S. Tenth Street
Saint Louis, MO 63102-0000

City of St. Louis
TISHAURA O. Jones
1200 Market St
ST. LOUIS, MO 63103

City of St. Louis
Department of Public Safety
DIVISION of Building And INSpection
1200 Market St. RM 426
ST. Louis MO 63103

THE CITY of ST. LOUIS
1200 N Market St
ST. LOUIS MISSOURI 63103

MUNICIPAL COURTS OF ST. LOUIS COUNTY
MISSOURI
DIVISION (ROOM 289) COURTS BUILDING
105 S CENTRAL AVENUE
Clayton MISSOURI 63105

Verification of Matrix and Matrix

One Postoffice Square
ST. LOUIS. MO 63101

JOY HANNEL
CHIEF LEGAL COUNSEL
ONE POST OFFICE SQUARE
815 Olive Street
ST. LOUIS, MISSOURI 63101

ATTORNEY GENERAL'S OFFICE
ONE POST OFFICE SQUARE
815 OLIVE STREET
ST. LOUIS, MISSOURI 63101

ONE POST OFFICE SQUARE
815 OLIVE Street
ST. LOUIS, MISSOURI 63101

Charles Riske, Trustee
unknown
Chesterfield MO 63005

ST. Louis County Circuit Court
21st Judicial Circuit of Missouri, LLC.
105 South Central Ave
Clayton, MO 63105 U.S.

Office of the U.S. Trustee
U.S. TRUSTEE'S OFFICE
Region 13 Eastern District Missouri
Suite 6.353
111 S. Tenth Street
Saint Louis, MO 63102-0000

OFFICE OF CHIEF DISCIPLINARY
COUNSEL (OCDC)
3327 American Avenue
JEFFERSON CITY, MISSOURI 65109-1016

SUPREME COURT OF MISSOURI
Betsy AuBuchon Clerk
JEFFERSON CITY MISSOURI 65102

Michael E. Gans
Clerk of Court
111 South 10th Street Rm 24 329
ST. LOUIS MISSOURI 63102

Gregory J. Linhares
111 South 10th Street
St. Louis MISSOURI 63102

COMMISSION ON RETIREMENT
REMOVAL AND DISCIPLINE
LAURA J. JOHNSON
110 W Elm Street ROOM 205
Ozark, MO 65721

JAMES M. SMITH
ADMINISTRATOR AND COUNSEL
2190 S. MASON ROAD SUITE 201
ST. LOUIS, MO 63131

Missouri Court of Appeals
Eastern District
Laura Roy, Clerk
One Post office Square
St. Louis MO 63101

41 S Central
ST. Louis MO 63105

MARK HarDer
COUNTY COUNSELOR
CHESTERFIELD MO 63005

Randel Reinker, Reinker & Hamilton Rental, LLC
2016 Big Bend Blvd
ST. LOUIS MO 63017

HENRY EDWARD AUTREY
111 South Tenth St
ST. Louis - MISSOURI 63102

VERIZON WIRELESS
UNKNOWN

SPRINT PCS
UNKNOWN

Ameren UE. MISSOURI
UNKNOWN

Spire.
UNKNOWN

American Water
MISSOURI
UNKNOWN

X FINITY

STATES
OFFICE OF THE CLERK
WASHINGTON, DC 20543-0001

Supreme Court of Pennsylvania
P.O Box 62575
Harrisburg, PA 17106

Office of the Prothonotary
P.O. Box 62575
Harrisburg. PA. 17106

NOTICE TO CASH Depositor
OF BONDS CASHBOND
Transaction # 1699677 Receipt 122892
ASSOCIATE DIVISION 40
100 SOUTH CENTRAL 3RD FLOOR
Clayton Missouri 63105

Thomas Taylor DSN 2919
ST. LOUIS COUNTY Police Dept
110 S-Central Ave
Clayton Missouri 63105

Gregory F. X. Daily
1200 Market, ROOM 110
ST. LOUIS, MISSOURI 63103

Saint Louis County Assessor
Assessor's office
41 S. Central Avenue
St. Louis, MO 63105

GAS South

Verification of Matrix and Matrix

Mercure Car
12590 Sparkling lake
ST. Louis Missouri 63138

VETERAN AFFAIRS
unknown
unknown U.S.A

WAste Management Services
unknown
unknown

Spectrum mobile
unknown
unknown

Spectrum
unknown
unknown

Capital ONE
unknown
unknown

Home Depot
unknown
unknown

visa
unknown
unknown

of Matrix and Matrix MO Verification

Unknown
Unknown

Reading RailRoad
Unknown
Unknown

RailRoad Bonds
Unknown
Unknown

BlackAcres
Unknown
Unknown

Wells Fargo Investments
Unknown
Unknown

Neighbors Credit Union
Unknown
Unknown

Midland Bank
Unknown
Unknown

PNC BANK
Unknown
Unknown

ST. Louis University et al
unknown
ST. Louis Missouri 63110

Dow Jones INvestors, et al
unknown
unknown

Wells fargo, et al
unknown
unknown

First Priemiere Credit, et al
unknown
unknown

Dave Mungie at Lexus Dealer, et al
unknown
unknown MO

At&T, et al
unknown

DirecT TV, et al
unknown

DISH Network, et al
unknown

Filed 10/13/24


Unknown.
Unknown

FORD MOTORS
Unknown
Unknown

CDC
Unknown
Unknown

HEALth AND SENIOR Services
Unknown
Unknown

PRIMEDICA
UNKNOWN
UNKNOWN

HEALthLINK
Unknown
Unknown

Missouri Medicaid
Unknown
Unknown
Heartland Hospice
Unknown
Unknown

Verification of Matrix and Matrix Pg 5 of

MISSOURI DOMESTIC VIOLENCE Department, etal

Unknown

Unknown.

ST. LOUIS COUNTY DOMESTIC VIOLENCE UNIT
110 S Central
Clayton Missouri 63105

MISSOURI STATE TRUST, etal
unknown
JEFFERSON City Missouri 65102

UNION ElectRIC, etal
Unknown
Unknown

DESTINY S. S. JONES
1033 Wilton Royal DR #211
Creve Coeur, MO 63146

Smite THE BLIGH COMMUNITY
12020 LAVIDA
ST. LOUIS, MISSOURI 63138

SMITE THE BLIGH COMMUNITY TRUST
3117-3123 N GRAND Blvd
ST. LOUIS MISSOURI 63107

MILTON DOYLE
3119 N Grand Blvd
Saint Louis MO 63107

ification
of Matrix and Matrix Pg 4 of 37

ST. Charles Attorney's at Law
unknown
unknown

Mortgage Contracting Services
unknown
unknown

DeWitt Insurance, etal
unknown

American Family Insurance
unknown
unknown

State Farm Insurance
unknown
unknown

FARMERS INSURANCE
unknown
unknown.

Medicaid & Medicare, et al
unknown
unknown

Missouri Victim Services, etal
unknown

STATE OF [illegible] DEPARTMENT OF MENTAL HEALTH
DIVISION OF BEHAVIORAL HEALTH. ST. LOUIS FORENSIC ~~CENTER~~ TREATMENT CENTER - NORTH CAMPUS FORENSIC EVALUATION SERVICES
ATTN: MICHAEL PARSON GOVERNOR, VALERIE HUHN DIRECTOR, NORA K BOCK, MS. LPC DIRECTOR DIVISION of BEHAVIOR HEALTH, KIM FEAMAN, M.A. EASTERN REGIONAL EXECUTIVE OFFICER, FELIX T. VINCENZ, PH.D. CHIEF EXECUTIVE OFFICER. KATIE THUMANN, LCSW, CHIEF OPERATING Officer. Rachel E. Springman. PHD. ABPP DIRECTOR OF FORENSIC Evaluation Services
5351 DELMAR BOULEVARD
ST. LOUIS, MO 63112-3146

U.S. Department of Justice
ATTN: All ACTING OFFICIALS
111 South Tenth Street
Saint Louis, Missouri. 63102

Bureau of Justice Assistance
U.S. Department of Justice
6302 Benjamin Road ~~Tampa, Ft.~~
Tampa FL: 33634

MISSOURI Department of Social Services
3418 Knipp Drive
Jefferson City, Missouri 65102

Missouri Department of Senior Services
3418 Knipp Drive
Jefferson City MO 65102

Missouri Department of Vital Records
3418 Knipp Drive
Jefferson City MO 65102

NEW YORK STOCK EXCHANGE
UNKNOWN
NEW YORK UNKNOWN

FEDERAL RESERVE BANK
ALL LOCATIONS
UNKNOWN

WORLD BANK
ALL LOCATIONS
UNKNOWN

USS RONALD REGAN
RED SEA
UNKNOWN

[illegible]
8905 Hillview Ave
ST. LOUIS MISSOURI 63136

MK. Property MANAGEMENTS, LLC
6805 Clearbrook DR
ST. LOUIS MO 63122

Dre Beth. LLC
4213 ~~Via marina~~ Dell Marina wrey Apt D 204
Via-marina
~~Marina Wrey~~ CA 90292

Dre Beth. LLC
12030 Landa ave
Saint. Louis MO 63138

ASSOCIATES FINANCIAL SERVICES
COMPANY of RHODE Island OR MERS
Unknown
Unknown

Khorobask Holdings
Cheverin Group
Unknown Unknown

Brandon High School
Hillsborough COUNTY
Brandon FL 33594

Shynell Campbell
12225 Rollingford
BlackJack MO 63033

SHEILA JONES-MOORE
12554 Sparkling Lake
ST. LOUIS MISSOURI 63138

Johnie C. Jones
1443 PARK Ave
ST. LOUIS MO 63110

ST. LOUIS COUNTY JUSTICE SERVICES
100 South Central
ST. LOUIS MISSOURI 63105

ST. LOUIS COUNTY POLITICAL Subdivision
41 South Central
CLAYTON MISSOURI 63105

ROZINA Williams
12225 Rollingford
BlackJack MO 63033

JUBABEES COMMUNITY DEVELOPMENT
12030 LAND Ave.
SAINT LOUIS MISSOURI 63138

Verification of Matrix and Matrix

City of Missouri, South
Unknown
St. Louis. Missouri 63138

DePaul Hospital
Unknown
Unknown, MO

Missouri Department of Mental Health
3418 Knipp Dr
Jefferson City. Missouri 65102

THE HONORABLE John N. Borbonus
Circuit Court of St. Louis County, Division 6
105 South Central, Avenue
Clayton Missouri 63105

Missouri Office of the Comptroller
Unknown
Jefferson City Missouri 65102

The office of the Comptroller of the Currency
occ.treas.gov/ftp/ADVISORY/2009-1.pdf
Unknown. Unknown.

U.S. Bank,
Attention Consumer Advocacy
P.O. Box 211259
Eagan, MN 55121

U.S. Bank Home Mortgage
PO Box 21948
Eagan, MN 55121

ATTN: Consumer Bureau M. nagemat.
P.O Box 21977
Eagan, MN 55121

U.S. Bank
ATTN: Insurance Department
PO BOX 961045
Fort Worth, TX 76161-0045

Atlanta City Detention Center
254 Peachtree Street S.W.
Atlanta, Ga 30303

FULTON COUNTY SHERIFF JAIL
unknow Wright Stree
Atlanta, Georgia 30303

Governor Brian Kemp
Unknown
Atlanta Georgia. 30303

Sheriff Patrick Labat
Fulton County Georgia
Unknown
Atlanta, Georgia 30303

Meredith M. Rogers # 69305
OFFICE OF THE CIRCUIT CLERK
105 South Central Avenue
Clayton. Missouri 63105

Saint Louis County
PUBLIC WORKS Dept
South Office
4556 Lemay Ferry Rd.
St. Louis MO 63129

PUBLIC WORKS Dept.
North office
715 Northwest Plaza Dr.
St. Ann, MO 63074

SMITE THE BLIGHT COMMUNITY
12020 LAVIDA AVE
SAINT LOUIS, MO 63138
LOCATOR # 08O111214

Neighborhood Preservation
41 South Central Ave
Clayton. MO 63105

Saint Louis County Counselor's office
41 South Central Ave
Clayton MO 63105

ST. LOUIS COUNTY SHERIFF OFFICE
105 S. Central Ave
Clayton MO. 63105

MISSOURI STATE PUBLIC DEFENDER OFFICE
Beverly Harbor, Isaac, Dodd, iil.
Sierra Johnson, Jane Doe.
100 S Central Ave
Clayton. MO 63105

MATRIX [redacted]

1 Bank of America
123 Main Street
New York, NY 20202

2 Wilkens & Company
555 Fourth Street
Washington, DC 20001

3 Capital One
987 South Street
New York, NY 10023

4 THE BANK OF NEW YORK MELLON TRUST COMPANY, etal
612 Spirit Dr
CHESTERFIELD, MISSOURI 63005

5 MK. Property Managements, LLC
319 WILD HORSE CANYON DR ~~63005~~
WILDWOOD, MISSOURI 63005

6 MARK HARDER

CHESTERFIELD, MISSOURI 63005

7 JOSEPH WOLF & BARBARAH WOLF

ST. LOUIS MISSOURI

8 ZACHERY & KAREN SCHMITT
319 WILD HORSE CANYON
WILDWOOD MISSOURI 63005

9. WILDWOOD CITY HALL
UNKNOWN

10. NORTH COUNTY PRICENT, ST LOUIS
ST. LOUIS. MISSOURI 631

THOMAS JEFFERSON TRUST
ESTATE OF THOMAS JEFFERSON
UNKNOWN
WASHINGTON DC U.S.

WOODROW WILSON TRUST
ESTATE OF WOODROW WILSON
UNKNOWN
WASHINGTON, D.C. U.S.

RONALD REGAN TRUST
ESTATE OF RONALD REGAN
UNKNOWN
UNKNOWN. U.S.A.

THE BANK OF AMERICA..et al
ALL INSTITUTIONS
UNKNOWN. U.S.A

ST. LOUIS COUNTY JUSTICE AGENCY
ST. LOUIS COUNTY JUSTICE ASSOCIATION
105 S. Central
Clayton. Mo 63102

Joan M. Gilmer, Circuit Clerk
St. Louis County Courthouse
105 S. Central, ROOM 309
Clayten, MISSOURI 63105

Nancy Watkins McLaughlin
Circuit Court Judge
St. Louis County Courthouse
105 S. Central, ROOM 386
Clayten, Missouri 63105

Westley Bell
Prosecuting Attorney
100 S. Central Avenue
Clayten. Missouri 63105

Doc 1-1 Filed 10/15/24 Ent Verification
of Matrix and Matrix

U.S. TRUSTEE
111 S. 10th St
ST. LOUIS. MO 63102

UNITED STATES ATTORNEY
111 S. Tenth street
ST. LOUIS. MO 63102

UNITED STATES DISTRICT COURT
EASTERN DISTRICT of MISSOURI
EASTERN DIVISION
111 S Tenth street
Saint Louis. Missouri 63102

U.S. COURT of APPEALS
FOR THE EIGTH CIRCUIT
111 S. 10th street RM
ST. LOUIS MISSOURI 63102

ST. Louis Collector of Revenue
1200 N. Market
ST. LOUIS. MISSOURI 63102

ST. LOUIS COUNTY POLICE BENEVOLENT ASSOCIATION
110 S. Central Avenue
Clayton. Missouri 63105

ST. LOUIS COUNTY POLICE NORTH PRICINT
11815 Benham Rd.
ST. LOUIS MISSOURI 63138

TRADEL / SECURITIES
UNKNOWN
UNKNOWN

CATERPILLAR, et al CAT
UNKNOWN
UNKNOWN

ICE, Intercontinental Exchange, et al
UNKNOWN
UNKNOWN

UNITED STATES SECRETARY OF STATE
1600 Pennsylvania Ave N.W
WASHINGTON, DC, 20001

ABA 042000013 Acct 194039483
NEW PORT, KY unknown

U.S. Bank N.A.
P.O. Box 20005
Owensboro, KY 42304-0005

South & Associates
13160 Foster, Suite 100
Overland Park, KS, 66213-2660

SouthLaw, P.C
13160 Foster, Suite 100
Overland Park, KS 66213-2660

Allen South
13160 Foster, Suite 100
Overland Park KS 66213-2660
PUBLIC VENDUE
East Entrance of St. Louis
COUNTY Courthouse
Clayton, MISSOURI 63105

ST. Louis County, MISSOURI
The Undersigned Trustee
East Entrance of the
ST. Louis County Courthouse
Clayton, MISSOURI 63105

Verification

U.S. Bank Home Mortgage
3180 Rider Trail
Earth City, MO 63045

Catherine Wolf
Loan # 2200005269
3180 Rider Trail
Earth City, MO 63045

Gallagher Financial Systems
unknown
unknown

HUD

FEDERAL TRUTH-IN-LENDING
unknown
unknown

(MERS) Mortgage Electronic Registration Systems
Inc., as nominee For U.S. Bank N.A., its
successors and assigns
1901 E Voorhees Street Suite C
Danville, IL 61834

U.S. Bank National Association
4801 Frederica Street
Owensboro, KY 42301

Missouri-single Family-Fannie Mae/Freddie Mac
unknown
unknown

John N. Borbonus. III.
St. Louis County Courthouse
105 S. Central Room 384
Clayton. Missouri 63105

SAINT LOUIS COUNTY PUBlIC HEAlth
Corrections Medicine
100 S. Central Ave
Clayten. Missouri 63105

Internal Revenue Services
unknown
Unknown U.S.

THE 21ST JUDICIAL CIRCUIT. ST. LOUIS COUNTY, MISSOURI
105 S. Central AVENUE
Clayton. Missouri 63105

ROZINA MUTHOKA Alias ROZINA R. JONES
100 SOUTH CENTRAL AVENUE
ClAYTON. MISSOURI 63105

JOSEPH L. WALSH. III
105 S. Central
Clayton. MISSOURI, 63105

ANY Peace Officer in the State of Missouri
CIRCUIT COURT OF MISSOURI
ST. LOUIS COUNY 63105

CIRCUIT COURT OF THE COUNTY OF ST. LOUIS
STATE OF MISSOURI
105 South Central
Clayton. Missouri 63105

THE GRAND JURY
100 S. Central
Clayten. MO 63105

Verification
of Matrix and Matrix

State of Missouri )
County of St. Louis ) SS

The Grand Jurors of the County of St. Louis
State of Missouri
THE CIRCUIT COURT OF ST. LOUIS COUNTY STATE OF MISSOURI
105 South Central
Clayten. Missouri 63105

ST. LOUIS COUNTY POLICE DEPARTMENT
ATTN. ALL DETECTIVES DSN 2919
7900 Forsyth
Clayten. Missouri 63105

JOHNIE FRANK JONES
12590 Sparkling Lake Dr
Saint Louis Missouri 63138

CHRISTOPHER BRAESKE
100 S Central
Clayten. MO 63105

CITY OF ST. LOUIS DIVISION OF Corrections.
UNKnown
UNKnown MO

Georgia Department of Corrections.
Unknown
Unknown GA

Barnes-Jewish Hospital
Unknown
Unknown MO. 63110

SLU HOSPITAL
Unknown
ST. LOUIS MO 63110

1-1 Filed 10/15/24 Entered 10:55:20 Verification
of Matrix and Matrix) Pg 23 of 37

dhss.mo.gov
unknown.
unknown

Nzinga Begum
PO BOX 1555
St. Louis, MO 63188-1555

MISSOURI DEPARTMENT OF REVENUE
GENERAL COUNSEL'S OFFICE
PO BOX 475
JEFFERSON City MO 65105-0475

MO 880-1667 (04-2009) DOR-1117 (04-2009)
MISSOURI DEPARTMENT OF REVENUE
PO BOX 475
JEFFERSON CITY MO 65105-0475

ROZINA RHONDA JONES
PO BOX 8827
ST. LOUIS, MO 63101

Andrew Bailey, Attorney General
State of Missouri
301 W. High Street, ROOM 670
PO Box 475
Jefferson City, MO 65105-0475

Susan L Lissant, MO Bar #56970
Federal District
301 W. High Street, Room 670
P.O. Box 475
Jefferson City, MO 65105-0475

Isaac E. Dodd



St. Louis County Public Defenders Office
100 S Central Avenue
Clayton. MO. 63105

SUN-56964 0865-4 crcoD code 23-43991
BAE Systems
Bankruptcy Notice Center
45479 Holiday Drive
Sterling, VA 20166-9411

Rozina Rhonda Jones
612 ~~Mtt~~ Spirit Dr
Chesterfield MO 63005

Millsap & Singer, LLC
612 Spirit Dr
Chesterfield MO 63005

Secretary of State
P.O. Box 1159
Jefferson City MO 65102

Vital Records
P.O. Box 1159
Jefferson City, MO 65102

St. Louis City Recorder of Deeds
1200 Market Street Rm 127
ST. LOUIS MO 63103

RECORDER OF DEEDS
41 SOUTH CENTRAL
CLAYTON, MISSOURI 63105

Verification
of Matrix and Matrix

Metropolitan St. Louis Psychiatric Center
5351 Delmar Blvd
ST. Louis MO 63112

Office of Governors Michael Parson
P.O Box 720
Jefferson City MO 65102

World Trade Center
50 Church Street
New York NY 10007

United States Department of State
2201 C Street N.W
Washington DC 20451

United States Secretary of States
2201 C Street N.W
Washington DC 20451

FEDERAL RESERVE
Federal Reserve Bank
1850 K Street N.W
Washington DC 20006-~~200~~

FEDERAL RESERVE BANK of ST. LOUIS
Broadway and LOCUST ~~FEDERAL RES.~~
1 FEDERAL RESERVE BANK Plaza
ST. LOUIS MO 63102

Verification of Matrix and Matrix

JENNIFER L. HENSON
Notary Public.
unknown
ST. Charles MO unknown

ELDORADO #3 L:15 B:33 PB:27PG35
BOOK :18455 - Page: 387-403
41 South Central
Clayton, MO 63105

Richard C. Bresnahan, Circuit Judge
7900 Carondelet Ave
Clayton, Missouri 63105

Gerald E. Smith,
RECORDER OF DEEDS
MARRIAGE LICENSE
~~7900~~ 41 South Central
ST. LOUIS MO 63105

John R Ashcroft
Missouri Secretary of State
Jefferson City Missouri 65102

PENSION PLAN ADMINISTRATION
Nestle Dept NSL
PO Box 981909
EL PASO, TX 79998

U.S. Bank
Attn: Release Department
3751 Airpark Dr
Owensboro, KY 42301

Verification

of Matrix and Matrix

US National Committee
1050 Connectic N.W #500
Washington. DC 20036

Fulton County Sheriff's
office
185 Central Ave. S.W.
Atlanta, GA. 30303

MISSOURI Solicitor General
unknown
Jefferson City Missouri 65102

Ameristar Casino
unknown
St. Charles Missouri unknown

MISSOURI GAMING COMMISSION
unknown
unknown

ST. LOUIS City Sheriff Office
Tucker & Market Street
ST. LOUIS, MISSOURI 63103

ST. LOUIS City Comptroller office
1200 Market st
ST. LOUIS, MISSOURI 63102

Notary, LLC
3117 N Grand Blvd
St. Louis. Missouri 63136

Comptroller General of the United States
UNKNOWN
UNKNOWN U.S.

Continental Title Company
unknown
Saint Louis MO unknown

STATE TITLE COMPANY
105 S. Central Av
ST. Louis. Missouri 63105

ST. LOUIS ARTS FESTIVAL
UNKNOWN
UNKNOWN

GST PROPERTIES
8905 Hillsview Ave
ST. LOUIS Missouri 63136

GST PROPERTIES
3115 N Grand Blvd
ST. LOUIS MISSOURI 63105

FDIC
unknown
unknown

U.S. Department of Housing
and Urban Development
Office of Housing
unknown

U.S. Armed Forces
unknown
unknown U.S.

SCRA
P.O. Box 6066
Newport Beach, CA 92658-9880

Military OneSource
P.O. Box 6060
Newport Beach, CA 92658-9880

U.S. Department of Defense
unknown
Washington DC unknown

U.S. Bank
PO Box 211128
Eagan, MN 55121-4201

DEPARTMENT OF SOCIAL ELEMENTARY AND SECOND EDUCATION
1960 EAST DIVISION
SPRINGFIELD, MISSOURI 65803

Barbara & Joseph Wolf
6801 Clearbrook Dr
ST. Louis MO 63147

STATE OF MISSOURI STATE TREASURER
MALEK VIVEK
PO BOX 210 RM 121
JEFFERSON CITY MISSOURI 65102

MISSOURI BOARD of GOVERNORS
CAPITAL Building RM 121
JEFFERSON CITY MO 65102

MISSOUR BAR ASSOCIATION
207 W Hight St
JEFFERSON CITY MISSOURI 65102

JANET Wellen
Depatment of Treasury
1500 Pennsylvania Ave N.W.
WAshington. DC 20220

Social SECURITY ADMINISTRATION
6401 SECURITY Blvd
Baltimore MD 21235

Stephen Danner
Adjutant General of State of Missouri
2302 Militia Dr
Jefferson City MO 65101

U.S. Bank Home Mortgage
a division of U.S. Bank National Association
3751 Airpark Mail Code CN-KY-APDC
Owensboro, Kentucky 42301

Bonial & Association, P.C.
P.O. Box 9013
Addison Texas 75001

U.S. Bank N.A. ET AL
4801 Frederica Street
Owensboro, KY 42301

U.S. District Court
District of Columbia (Washington, DC)
333 Constitution Ave
Washington. DC

U.S. Court of Appeal
For District of Columbia Circuit
WASHINGTON DC 2

Janice M. Hammonds
Recorder of Deeds, Registra
ST. LOUIS COUNTY MISSOURI
41 SOUTH CENTRAL,
CLAYTON, MO 63105

State of MISSOURI. County of St. Charles
Unknown
ST. Charles. MO Unknown

Verification

COLLECTOR OF REVENUE
41 S CENTRAL AVE
ST. LOUIS MO 63105

Missouri Public Defender
PO BOX 10282
Columbia, MO 65205

Circuit Court of St. Louis County, County
105 S. Central Ave
St. Louis, MO 63105

Saint Louis County Justice Services
100 S. Central ave
Clayton, Mo. 63105

Office of the Prosecuting Attorney
Attn: John P. Frisella, Alexander Balbes
St. Louis County Justice Center, 2nd Floor
100 South Central
Clayton, MO 63105

Annette Prock
Clerk, Circuit Court of St. Louis County
St. Louis County Courts Building
105 South Central, Room 309
Clayton, MO 63105

Assistant General Counsel
ATTN: Edward V. Crites # 33985
Department of Mental Health
5400 Arsenal St., Mail Stop A-116
St. Louis, Missouri 63139

Office of the Public Defender
Attn: Isaac E. Dodd, III, Beverly Harbor
St. Louis County Justice Center, 2nd Floor
100 S. Central
Clayton, MO 63105

Official Form 2
6/90

**DECLARATION UNDER PENALTY OF PERJURY
ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, [the president *or* other officer *or* an authorized agent of the corporation] [*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing [list *or* schedule *or* amendment *or* other document (describe)] and that it is true and correct to the best of my information and belief.

Date 6-3-2026

Signature /s/ roszina jones

Rozina R. Jones CEO/Executive
(Print Name and Title)

| Case Number: 26-57400 Name: Williams/Jones | Chapter: 12 | Division: Atlanta |
|---|---|---|

Please submit the following original documents to the Court for filing so that the case will proceed timely. **Failure to comply may result in the dismissal of your case.**

If filing bankruptcy without an attorney, please read the information regarding *Filing Bankruptcy without an Attorney* at: www.uscourts.gov/services-forms/bankruptcy/filing-without-attorney.

☒ Individual - Series 100 Forms ☐ Non-Individual - Series 200 Forms

Official and Local Bankruptcy Forms are available on the Court's website at: www.ganb.uscourts.gov/frequently-used-forms

**MISSING DOCUMENTS DUE WITHIN 7 DAYS**

☐ Complete List of Creditors (names and addresses of all creditors)
☒ Pro Se Affidavit (signature must be **notarized, or witnessed** by a Court Intake Clerk, accompanied by a picture I.D.)
☐ Signed Statement of SSN

**Petition Deficiencies:**

☐ Last 4 digits of SSN
☐ Address
☐ Statistical Estimates
☐ Other:

**MISSING DOCUMENTS DUE WITHIN 14 DAYS**

☒ Statement of Financial Affairs
☒ Schedules: A/B, C, D, E/F, G, H, I, J
☒ Summary of Assets and Liabilities
☒ Declaration About Debtor(s) Schedules
☐ Attorney Disclosure of Compensation
☐ Petition Preparer's Notice, Declaration and Signature (*Form 119*)
☐ Disclosure of Compensation of Petition Preparer (*Form 2800*)
☐ Chapter 13 Current Monthly Income
☐ Chapter 7 Current Monthly Income
☐ Chapter 11 Current Monthly Income
☒ Certificate of Credit Counseling (*Individuals only*)
☒ Pay Advices *(Individuals only)* (*2 Months*)
☐ Chapter 13 Plan, complete with signatures ***(local form)***
☐ Corporate Resolution (*Non-Individual Ch. 7 & 11*)
☒ Chapter 12 Plan

**Case filed via:**

☒ Intake Counter by:
☐ Attorney
☒ Debtor: **Roszina R Jones 314-398-7834**
☐ Other:

☐ Mailed by:
☐ Attorney
☐ Debtor
☐ Other:

**History of Case Association**

Prior cases within 5 years: N/A

Signature: /s/ roszina jones, et vi
Acknowledgment of receipt of Deficiency Notice

Intake Clerk: JC ID Verified ☒ Date: 6/3/26

**Chapter 11**

☐ 20 Largest Unsecured Creditors
☐ List of Equity Security Holders
☐ Small Business - Balance Sheet
☐ Small Business - Statement of Operations
☐ Small Business - Cash Flow Statement
☐ Small Business - Federal Tax Returns

☐ 101A form filed stating rent deposit was made. – Was rent deposit submitted to Court ☐Yes ☐No

**FILING FEE INFORMATION**

**Online Payment for Filing Fee:** www.ganb.uscourts.gov/online-payments (not for chapter 13 plan payments)

☐ Paid $_______ ☐ Pending Pay.Gov, Paid $_______ ☐ IFP filed (Ch.7 Individuals Only)
☐ **2g-Order Granting** ☐ **3g-Order Granting 10-day (initial payment of $_____ due within 10 days)**
☐ **2d-Order Denying** with filing fee of $_______ due within **10 days** ☐ **Non-individual filing fee due** $__________
☒ No Application to Pay in Installments, Order Regarding Unpaid Case Filing Fee. **$278.00**

You may mail documents and filing fee payments (**no personal checks or cash accepted**) to the address below.
**All fee payments and documents filed with the Court must show the debtor's name and bankruptcy case number.**

UNITED STATES BANKRUPTCY COURT
75 Ted Turner Drive, SW, Room 1340
Atlanta, Georgia 30303
404-215-1000