UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 26-57400-pmb |
| ROSZINA R. JONES, Debtor. | : | CHAPTER 12 |
| | : | JUDGE PAUL M. BAISIER |
| STAR 2021-SFR1 BORROWER, L.P., Movant, | : | |
| vs. | : | CONTESTED MATTER |
| ROSZINA R. JONES, Debtor. | : | |
| NANCY J. WHALEY, Trustee, | : | |
| Respondents. | : | |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that STAR 2021-SFR1 BORROWER, L.P., has filed a *MOTION FOR RELIEF FROM STAY* and related papers with the Court seeking an Order Granting Motion for Relief from Stay.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the *MOTION FOR RELIEF FROM STAY* at **1:00 P.M. on Monday, July 27, 2026**, in Courtroom 1401, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303, which may be attended in person, unless the Court orders otherwise.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a

written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

If a hearing on the motion for relief from the automatic stay cannot be held within thirty (30) days, Movant waives the requirement for holding a preliminary hearing within thirty days of filing the motion and agrees to a hearing on the earliest possible date. Movant consents to the automatic stay remaining in effect until the Court orders otherwise.

Dated: July 13, 2026

O'KELLEY & SOROHAN
ATTORNEYS AT LAW, LLC

*/s/ David Richards*
David Richards
Georgia Bar No. 603826
*Attorney for Movant*

2170 Satellite Blvd. Suite 375
Duluth, GA 30097
T: 678-287-4550
E: drichards@oslawllc.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 26-57400-pmb |
| | : | |
| ROSZINA R. JONES, | : | CHAPTER 12 |
| Debtor. | : | |
| ______________________________ | : | JUDGE PAUL M. BAISIER |
| | : | |
| STAR 2021-SFR1 BORROWER, L.P., | : | |
| Movant, | : | |
| vs. | : | |
| | : | CONTESTED MATTER |
| ROSZINA R. JONES, | : | |
| Debtor. | : | |
| | : | |
| NANCY J. WHALEY, | : | |
| Trustee, | : | |
| | : | |
| Respondents. | : | |

**MOTION FOR RELIEF FROM STAY**

COMES NOW, STAR 2021-SFR1 BORROWER, L.P ("Movant"), by and through its undersigned counsel of record, and shows this Court the following:

1.

ROSZINA R. JONES, ("Debtor"), having filed a voluntary petition pursuant to 11 U.S.C. § 1301, *et seq.*, is subject to the jurisdiction of this Court.

2.

This Court has jurisdiction over this matter pursuant to 11 U.S.C. § 362.

3.

This Motion is filed pursuant to 11 U.S.C. § 362(d). This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(G).

4.

Movant is the lawful owner of certain real property located at 4595 Garden Hills, Stone Mountain, GA 30083 (hereinafter referred to as "Subject Property") as more fully shown by that certain Quit Claim Deed, dated March 10, 2021, filed April 8, 2021, and recorded in Deed Book 29252, Pages 19-35, DeKalb County, Georgia Records ("Limited Warranty Deed"). A true and correct copy of the Quit Claim Deed is attached hereto as **Exhibit "A"** and incorporated herein by reference.

5.

Debtor is an unauthorized occupant of the Subject Property in that Movant did not enter into a lease agreement with Debtor, there is no landlord/tenant relationship, and Movant did not give permission for Debtor to enter or reside in the property.

6.

Movant submitted an Affidavit to Remove Squatters Pursuant to O.C.G.A. § 44-11-30 ("Squatters Affidavit") against all occupants of the Subject Property to the DeKalb County Sheriff's Office on May 22, 2025. A true and correct copy of the Squatters Affidavit is attached hereto as **Exhibit "B"** and incorporated herein by

reference. Due to the bankruptcy case at bar, the Sheriff's Office is unable to proceed with removing Debtor and any other unknown occupants.

7.

Movant seeks to dispossess Debtor and any other unknown occupants from the Property but is unable to exercise its state law remedies and pursue state law dispossessory proceedings as the automatic stay may remain in effect.

8.

Because Movant is the owner of the Subject Property but unable to dispossess occupants of said Subject Property, Movant is not adequately protected and shows that there is cause for relief from the automatic stay.

9.

Further, because there is no lease and no landlord/tenant relationship, there no equity in the property which could benefit the Estate, the Trustee's interest should be deemed abandoned and the stay should be lifted with regard to Movant to allow it to proceed with the dispossessory proceedings to dispossess Debtor along with Debtor's personal property, and obtain a monetary judgment as to all post-petition rents to be determined at trial based on fair market rental value for the Subject Property, to the extent permitted by law.

WHEREFORE, Movant prays for the following relief:

(A) An Order lifting the automatic stay for all purposes allowed by applicable law, including, but not limited to, authorizing Movant to exercise its state law remedies, specifically to continue its dispossessory action against Debtor and all other unknown occupants, and to remove all personal property and personal effects of the same from the Subject Property and to obtain a monetary judgment for all post-petition rents to the extent permitted by Georgia law while Debtor remains in possession of the Subject Property;

(B) That the relief granted herein be made binding in the event of conversion to another Chapter of the Bankruptcy Code;

(C) That the Court waive the 14-Day Stay of Bankruptcy Rule 4001(a)(4);

(D) That Movant recovers its reasonable costs and attorney's fees for having to file this Motion; and

(E) For such other and further relief as the Court deems just and equitable.

Dated: July 13, 2026.

O'KELLEY & SOROHAN
ATTORNEYS AT LAW, LLC

*/s/ David Richards*
David Richards
Georgia Bar No. 603826
*Attorney for Movant*

2170 Satellite Blvd. Suite 375
Duluth, GA 30097
T: 678-287-4550
E: drichards@oslawllc.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2026, I electronically filed the foregoing *Notice of Hearing* and *Motion For Relief From Stay* with the Clerk of Court using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to these document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

Roszina R. Jones***, Debtor Pro Se***

Nancy J. Whaley, ***Chapter 12 Trustee***

I further certify that on this day I caused a copy of this document to be served via ***United States First Class Mail, with adequate postage*** on the following parties at the address shown for each.

**Roszina R Jones, et vi**
4595 Garden Hills
Stone Mountain, GA 30083
*Debtor Pro Se*

**Nancy J. Whaley**
303 Peachtree Center Avenue, Suite 120
Atlanta, GA 30303
(678) 992-1201
*Ch. 12 Trustee*

**Office of the United States Trustee**
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303
*US Trustee*

Dated: July 13, 2026.

O'KELLEY & SOROHAN
ATTORNEYS AT LAW, LLC

/s/ David Richards
David Richards
Georgia Bar No. 603826
*Attorney for Movant*

2170 Satellite Blvd. Suite 375
Duluth, GA 30097
T: 678-287-4550
E: drichards@oslawllc.com

# EXHIBIT

# A

2021064276 DEED BOOK 29252 Pg 19
Filed and Recorded: 4/8/2021 10:18:00 AM
Recording Fee: $25.00
Prepared By:
6543458656
7067927936

| Tract # | Parcel ID | Tract # | Parcel ID | Tract # | Parcel ID |
|---|---|---|---|---|---|
| 1 | 15 117 08 003 | 18 | 15 163 07 034 | 35 | 15 169 01 113 |
| 2 | 15 190 06 017 | 19 | 16 001 01 040 | 36 | 15 158 01 033 |
| 3 | 15 167 11 030 | 20 | 15 164 02 054 | 37 | 15 137 07 003 |
| 4 | 15 169 01 022 | 21 | 15 190 01 079 | 38 | 15 222 01 120 |
| 5 | 15 154 01 021 | 22 | 18 038 02 151 | 39 | 18 018 02 042 |
| 6 | 15 187 02 001 | 23 | 15 133 02 007 | 40 | 15 186 15 118 |
| 7 | 18 016 01 191 | 24 | 15 197 13 005 | 41 | 18 010 07 041 |
| 8 | 15 187 06 026 | 25 | 15 109 02 031 | 42 | 15 151 02 031 |
| 9 | 15 188 05 007 | 26 | 15 144 02 036 | 43 | 18 018 02 018 |
| 10 | 15 167 10 002 | 27 | 15 194 05 025 | 44 | 15 159 04 023 |
| 11 | 15 152 12 001 | 28 | 15 197 17 019 | 45 | 15 163 04 042 |
| 12 | 15 253 01 176 | 29 | 15 163 04 032 | 46 | 18 017 08 033 |
| 13 | 15 168 07 005 | 30 | 15 163 04 043 | 47 | 15 155 08 022 |
| 14 | 15 194 07 019 | 31 | 15 163 07 012 | 48 | 15 135 14 020 |
| 15 | 15 197 08 008 | 32 | 15 188 11 013 | 48 | 15 169 01 167 |
| 16 | 15 134 07 017 | 33 | 15 196 08 001 | 50 | 15 153 01 034 |
| 17 | 15 197 17 021 | 34 | 15 140 04 028 | | |

Prepared By:
William Curphey
1771 North Springs Dr.
Dunwoody, GA 30338

Return To:
Essex Title, LLC
Attn: Bill Sheahan
29777 Telegraph Road, Ste 1170
Southfield, MI 48034

Mail Tax Statements To:
STAR 2021-SFR1 Borrower, L.P.
c/o Starwood Capital Group
591 West Putnam Avenue
Greenwich, CT 06830

# QUIT CLAIM DEED

Made this 10th day of March, 2021, by and between SFR ATL OWNER 1, L.P., a Delaware limited partnership, Grantor, and STAR 2021-SFR1 Borrower, L.P., whose address is c/o Starwood Capital Group, 591 West Putnam Avenue, Greenwich, CT 06830, Grantees.

Witnesseth, that said Grantor, for in consideration of the sum of TEN and 00/100 ($10.00) DOLLARS, and other good and valuable considerations in hand paid by Grantees, the receipt whereof is hereby acknowledged, does hereby remise, release and quitclaim unto the said Grantees forever all the right, title, interest, claim and demand which the said Grantor has in and to the following described lot, piece or parcel of land, situate, lying and being in DeKalb County, Georgia, to-wit:

**SEE COMPLETE LEGAL ATTACHED AS EXHIBIT "A"**

To have and to hold the same together with all and singular the appurtenances thereunto belonging or in anywise appertaining, and all the estate, right, title, interest, lien, equity and claim whatsoever of the said Grantor, either in law or in equity, to the only proper use, benefit and behalf of the Grantees forever.

Signed, sealed, and delivered in the presence of:

Unofficial Witness

Robert Phillips
Print Name

Laura S. Nikolayew
Notary Public

Laura S. Nikolayew
Print Name

My Commission Expires: 4-15-21

SFR ATL OWNER 1, L.P.
By: SFR ATL Owner 1 GP, L.L.C., its general partner

By:
NATE BAGNASCHI, Authorized Signatory

LAURA S NIKOLAYEW
NOTARY PUBLIC-STATE OF NEW YORK
No. 01NI6279609
Qualified in Kings County
My Commission Expires 04-15-2021

No title search was performed on the subject property by the preparer. The preparer of this deed makes neither representation as to the status of the title nor property use or any zoning regulations concerning described property herein conveyed nor any matter except the validity of the form of this instrument. Information herein was provided to preparer by Grantors/Grantee and /or their agents; no boundary survey was made at the time of this conveyance.

EXHIBIT A
DEKALB ATL1-1

Tract: 1
For reference only: T00019 - 2149 Shoals Way, Decatur, GA 30034 - Vesting: SFR ALT OWNER 1, L.P.

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 117 OF THE 15TH DISTRICT OF DEKALB COUNTY, GEORGIA, BEING LOT 78, BLOCK A, FLAT SHOALS ACRES SUBDIVISION, PHASE 2, AS SHOWN ON PLAT OF SUBJECT PROPERTY RECORDED IN PLAT BOOK 87, PAGE 4, DEKALB COUNTY, GEORGIA RECORDS, WHICH PLAT IS INCORPORATED HEREIN BY REFERENCE AND MADE A PART OF THIS DESCRIPTION.

Parcel ID: 15 117 08 003

---

Tract: 2
For reference only: T00038 - 1786 Ledo Avenue, Decatur, GA 30035 - Vesting: SFR ATL OWNER 1, L.P.

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 190 OF THE 15TH DISTRICT OF DEKALB COUNTY, GEORGIA, BEING LOT 84 OF BURGESS HILLS SUBDIVISION, AS PER PLAT BY HAROLD L. BUSH, REGISTERED SURVEYOR, DATED FEBRUARY 23, 1953, RECORDED IN PLAT BOOK 21, PAGE 16, DEKALB COUNTY, GEORGIA RECORDS, WHICH PLAT IS INCORPORATED HEREIN BY REFERENCE AND MADE A PART OF THIS DESCRIPTION.

Parcel ID: 15 190 06 017

---

Tract: 3
For reference only: T00066 - 1879 Rosewood, Decatur, GA 30032 - Vesting: SFR ATL OWNER 1, L.P.

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 167 OF THE 15TH DISTRICT OF DEKALB COUNTY, GEORGIA, BEING LOT 2, BLOCK 1, OF THE LAUREL HEIGHTS ADDITION SUBDIVISION, UNIT 1, AS PER PLAT RECORDED IN FLAT BOOK 20, PAGE 136, DEKALB COUNTY RECORDS, WHICH PLAT IS INCORPORATED HEREIN BY THIS REFERENCE AND MADE A PART OF THIS DESCRIPTION. SAID PROPERTY IS KNOWN AS 1879 ROSEWOOD ROAD, ACCORDING TO THE PRESENT SYSTEM OF NUMBERING IN THE VICINITY.

Parcel ID: 15 167 11 030

---

Tract: 4
For reference only: T00715 - 1922 Willa Drive, Decatur, GA 30032 - Vesting: SFR ATL OWNER 1, L.P.

ALL THAT CERTAIN PARCEL OF LAND SITUATED IN THE COUNTY OF DEKALB, STATE OF GEORGIA, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS: LAND LOT 169 OF THE 15TH DISTRICT OF DEKALB COUNTY, GEORGIA, BEING LOT 17, BLOCK B, WILLA HEIGHTS SUBDIVISION, AS PER PLAT RECORDED IN PLAT BOOK 17, PAGE 130, DEKALB COUNTY, GEORGIA RECORDS, WHICH IS PLAT IS MADE A PART OF THIS DESCRIPTION BY REFERENCES THERETO.

Parcel ID: 15 169 01 022

---

Tract: 5
For reference only: T00796 - 3211 Sandusky Drive, Decatur, GA 30032 - Vesting: SFR ATL OWNER 1, L.P.

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 154 OF THE 15TH DISTRICT OF DEKALB COUNTY, GEORGIA, BEING LOT 4, BLOCK F, SECTION NO. 1, EASTDALE, AS PER PLAT RECORDED IN PLAT BOOK 23, PAGE 113, DEKALB COUNTY, GEORGIA RECORDS, AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING A AN IRON PIN LOCATED ON THE SOUTH RIGHT OF WAY LINE OF SANDUSKY DRIVE, FORMERLY SHAMROCK WAY, TWO HUNDRED FIFTY (150) FEET EAST AS MEASURED ALONG THE SOUTH RIGHT OF WAY LINE OF SANDUSKY DRIVE FROM THE POINT OF INTERSECT ION OF SOUTH RIGHT OF WAY LINE OF GREEN FOREST DRIVE, FORMERLY SHERILL AVENUE; RUNNING THENCE EAST ALONG THE SOUTH RIGHT OF WAY LINE OF SANDUSKY DRIVE, SEVENTY (70) FEET TO AN IRON PIN, RUNNING THENCE SOUTH ALONG THE WEST LINE OF LOT 5 OF SAID BLOCK, SECTION AND SUBDIVISION, ONE HUNDRED EIGHTY (180) FEET TO AN IRON PIN; RUNNING THENCE WEST SEVENTY (70) FEET TO AN IRON PIN; RUNNING THENCE NORTH ALONG THE EAST LINE OF LOT 3 OF SAID BLOCK SECTION AND SUBDIVISION, ONE HUNDRED EIGHTY 180) FEET TO AN IRON PIN LOCATED ON THE SOUTH RIGHT OF WAY OF SANDUSKY DRIVE AND THE POINT OF BEGINNING.

Parcel ID: 15 154 01 021

---

Tract: 6
For reference only: T00002 - 3435 Misty Valley Road, Decatur, GA 30032 - Vesting: SFR ATL OWNER 1 L.P.

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 187 OF THE 15TH DISTRICT OF DEKALB COUNTY, GEORGIA, BEING LOT 1, BLOCK E, ALTALOMA PARK SUBDIVISION, AS PER PLAT RECORDED IN PLAT BOOK 24, PAGE 139, DEKALB COUNTY, GEORGIA RECORDS, WHICH PLAT IS INCORPORATED HEREIN BY THIS REFERENCE AND MADE A PART OF THIS DESCRIPTION.

BEING IMPROVED PROPERTY KNOWN AS 3435 MISTY VALLEY ROAD, ACCORDING TO THE PRESENT SYSTEM OF NUMBERING HOUSES IN DEKALB COUNTY, GEORGIA.

Parcel ID: 15 187 02 001

---

Tract: 7
For reference only: T00003 - 4595 Garden Hills Drive, Stone Mountain, GA 30083 - Vesting: SFR ATL OWNER 1, L.P.

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 16 OF THE 18TH DISTRICT, DEKALB COUNTY, GEORGIA, BEING LOT 2, BLOCK BB, LAUREL OAKS SUBDIVISION, UNIT FOUR, AS PER PLAT RECORDED IN PLAT BOOK 76, PAGE 100, DEKALB COUNTY, GEORGIA RECORDS, WHICH PLAT IS INCORPORATED HEREIN BY REFERENCE AND MADE A PART OF THIS DESCRIPTION.

Parcel ID: 18 016 01 191

---

Tract: 8

For reference only: T00023 - 3436 Misty Valley Road, Decatur, GA 30032 - Vesting: SFR ATL OWNER 1, L.P.

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 187 OF THE 15TH DISTRICT, DEKALB COUNTY, GEORGIA, BEING LOT 1, BLOCK F, ALTALOMA PARK SUBDIVISION, KNIT THREE, AS PER PLAT RECORDED IN PLAT BOOK 29, PACE 18, DEKALB COUNTY, GEORGIA REAL ESTATE RECORDS, WHICH PLAT IS INCORPORATED HEREIN BY REFERENCE AND MADE A PART OF THIS DESCRIPTION.

Parcel ID: 15 187 06 026

---

Tract: 9
For reference only: T00025 - 4366 Glenwood Parkway, Decatur, GA 30032 - Vesting: SFR ATL OWNER1, L.P.

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT NO. 188, OF THE 15TH DISTRICT OF DEKALB COUNTY, GEORGIA, BEING LOT NO. 7, BLOCK G, MEADOWDALE SUBDIVISION, AS PER PLAT RECORDED IN PLAT BOOK 24, PAGE 132, DEKALB COUNTY, GEORGIA RECORDS, WHICH PLAT IS HEREBY ADOPTED AND MADE A PART HEREOF BY REFERENCE THERETO FOR A MORE COMPLETE DESCRIPTION OF SAID PROPERTY.

Parcel ID: 15 188 05 007

---

Tract: 10
For reference only: T00055 - 1846 Shamrock Drive, Decatur, GA 30032 - Vesting: SFR ATL OWNER 1, L.P

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 167 OF THE 15TH DISTRICT, DEKALB COUNTY, GEORGIA, BEING LOT 1, BLOCK B, SHAMROCK SUBDIVISION, AS PER PLAT RECORDED IN PLAT BOOK 22, PAGE 121, DEKALB COUNTY, GEORGIA RECORDS, AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT A CRIMP TOP FOUND AT A POINT ON THE EASTERLY SIDE OF SHAMROCK DRIVE 267.20 FEET SOUTHERLY AS MEASURED ALONG THE EASTERLY SIDE OF SHAMROCK DRIVE FROM ITS INTERSECTION WITH THE SOUTHERLY SIDE OF GLENWOOD ROAD; RUNNING THENCE SOUTHWESTERLY AND SOUTHERLY ALONG THE SOUTHEASTERLY AND EASTERLY SIDE OF SHAMROCK DRIVE 70.0 FEET TO A CRIMP TOP FOUND; THENCE NORTH 90 DEGREES 00 MINUTES 00 SECONDS EAST A DISTANCE OF 153.9 FEET TO AN IRON PIN FOUND; THENCE NORTH 00 DEGREES 39 MINUTES 06 SECONDS EAST A DISTANCE OF 70.0 FEET TO A REBAR FOUND; THENCE SOUTH 89 DEGREES 43 MINUTES 42 SECONDS WEST A DISTANCE OF 142.72 FEET TO A CRIMP TOP FOUND ON THE EASTERLY SIDE OF SHAMROCK DRIVE AND THE POINT OF BEGINNING.

Parcel ID: 15 167 10 002

---

Tract: 11
For reference only: T00070 - 2072 Whites Mill Road, Decatur, GA 30032 - Vesting: SFR ATL OWNER 1, L.P.

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 152, 15TH DISTRICT, DEKALB COUNTY, GEORGIA, BEING LOT I, BLOCK A, OUSLEY MANOR SUBDIVISION, AS PER PLAT RECORDED IN PLAT BOOK 21, PAGE 30, DEKALB COUNTY RECORDS, AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT AN IRON PIN FOUND AT THE CORNER FORMED BY THE INTERSECTION OF THE SOUTHEASTERLY SIDE OF WHITES MILL ROAD WITH THE NORTHEASTERLY SIDE OF OUSLEY COURT; RUN THENCE NORTHEASTERLY ALONG THE SOUTHEASTERLY SIDE OF WHITES MILL ROAD ONE HUNDRED FIFTY (150) FEET TO AN IRON PIN FOUND; RUN THENCE SOUTHEASTERLY ONE HUNDRED THIRTEEN (113) FEET TO AN IRON PIN FOUND AND LOT 2, SAID BLOCK AND SUBDIVISION; RUN THENCE SOUTHWESTERLY ALONG THE NORTHWESTERLY LINE OF SATO LOT 2 ONE HUNDRED FORTY-NINE AND FIVE TENTHS (149.5) FEET TO AN IRON PIN FOUND ON THE NORTHEASTERLY SIDE OF OUSLEY COURT; RUN THENCE NORTHWESTERLY ALONG THE NORTHEASTERLY SIDE OF OUSLEY COURT ONE HUNDRED TWENTY (120) FEET TO THE SOUTHEASTERLY SIDE OF WHITES MILL ROAD AND THE POINT OF BEGINNING, BEING IMPROVED PROPERTY HAVING A ONE-STORY BRICK HOUSE THEREON AND BEING MORE PARTICULARLY SHOWN ON SURVEY PREPARED BY GEORGIA LAND SURVEYING CO,, INC., DATED MAY 8, 1978.

Parcel ID: 15 152 12 001

---

Tract: 12
For reference only: T00075 - 3971 Springleaf Point, Stone Mountain, GA 30083 - Vesting: SFR ATL OWNER 1, L.P.

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 253 OF THE 15TH DISTRICT, DEKALB COUNTY, GEORGIA, BEING LOT 74, BLOCK A, SPRINGLEAF SUBDIVISION, UNIT ONE, AS PER PLAT THEREOF RECORDED IN PLAT BOOK 77, PAGE 165, DEKALB COUNTY RECORDS, SAID PLAT BEING INCORPORATED HEREIN BY REFERENCE THERETO.

Parcel ID: 15 253 01 176

---

Tract: 13
For reference only: T00080 - 3729 Glenwood Road, Decatur, GA 30032 - Vesting: SFR ATL OWNER 1, L.P.

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 168 OF THE 15TH DISTRICT OF DEKALB COUNTY, GEORGIA, BEING LOT 5, BLOCK C OF GLENDALE ACRES SUBDIVISION, AS PER PLAT RECORDED IN PLAT BOOK 19, PAGE 44, DEKALB COUNTY, GEORGIA RECORDS, WHICH PLAT IS INCORPORATED HEREIN BY REFERENCE AND MADE A PART HEREOF.

LESS AND EXCEPT THAT PORTION OF THE PROPERTY CONVEYED TO DEKALB COUNTY BY RIGHT OF WAY DEED DATED NOVEMBER 15, 2015, RECORDED IN DEED BOOK 25406, PAGE 676, DEKALB COUNTY, GEORGIA RECORDS.

Parcel ID: 15 168 07 005

---

Tract: 14
For reference only: T00718 - 4340 Rustic Wood Court, Stone Mountain, GA 30083 - Vesting: SFR ATL OWNER 1, L.P.

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING LAND LOT 194 OF THE 15TH DISTRICT OF DEKALB COUNTY, GEORGIA. BEING LOT 25, BLOCK D, COLONY EAST SUBDIVISION, UNIT V, AS PER PLAT RECORDED IN PLAT BOOK 54, PAGE 82, DEKALB COUNTY, GEORGIA RECORDS, WHICH PLAT IS HEREBY INCORPORATED HEREIN BY REFERENCE AND MADE A PART OF THIS DESCRIPTION.

Parcel ID: 15 194 07 019

---

Tract: 15
For reference only: T00726 - 3716 Loren Drive, Decatur, GA 30032 - Vesting: SFR ATL OWNER 1, L.P.

ALL THAT CERTAIN PARCEL OF LAND SITUATED IN LAND LOT 197, 15TH DISTRICT OF THE COUNTY OF DEKALB AND STATE OF GEORGIA, BEING KNOWN AND DESIGNATED AS LOT 31, TURNER HEIGHTS, ACCORDING TO THE PLAT RECORDS THEREOF IN PLAT BOOK 24 PAGE 134, IN DEKALB COUNTY RECORDS.

Parcel ID: 15 197 08 008

---

Tract: 16
For reference only: T00790 - 3500 Finesse Drive, Decatur, GA 30032 - Vesting: SFR ATL OWNER 1, L.P.

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 134 OF THE 15TH DISTRICT, DEKALB COUNTY, GEORGIA, BEING LOT 17, BLOCK A OF FINESSE VALLEY SUBDIVISION, UNIT 2, AS PER PLAT RECORDED IN PLAT BOOK 41, PAGE 7, DEKALB COUNTY, RECORDS, AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT AN IRON PIN ON THE NORTH SIDE OF FINESSE DRIVE ONE THOUSAND THREE HUNDRED FIFTY SIX AND ONE-TENTH (1356.1) FEET EASTERLY AS MEASURED ALONG THE NORTH SIDE OF FINESSE DRIVE FROM ITS INTERSECTION WITH THE EAST SIDE OF COLUMBIA DRIVE, RUNNING THENCE NORTH ONE HUNDRED FIFTY AND NINE-TENTHS (150.9) FEET ALONG THE EASTERN LINE OF LOT 16 OF SAID BLOCK AND SUBDIVISION TO AN IRON PIN; RUNNING THENCE EAST NINETY TWO (92) FEET TO AN IRON PIN; RUNNING THENCE SOUTH ONE HUNDRED FIFTY THREE AND ONE-TENTH (153.1) FEET TO AN IRON PIN ON THE NORTH SIDE OF FINESSE DRIVE EIGHTY EIGHT (88) FEET TO THE POINT OF BEGINNING.

Parcel ID: 15 134 07 017

---

Tract: 17
For reference only: T00010 - 1421 Dennis Drive, Decatur, GA 30032 - Vesting: SFR ATL OWNER 1, L.P.

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 197 OF THE 15TH DISTRICT OF DEKALB COUNTY, GEORGIA, BEING LOT 3, TURNER HEIGHTS SUBDIVISION, AS PER PLAT RECORDED IN PLAT BOOK 24, PAGE 134, DEKALB COUNTY, GEORGIA RECORDS, WHICH PLAT IS INCORPORATED HEREIN BY REFERENCE AND MADE A PART HEREOF. BEING IMPROVED PROPERTY KNOWN AS 1421 DENNIS DRIVE, ACCORDING TO THE PRESENT SYSTEM OF NUMBERING HOUSES IN DEKALB COUNTY, GEORGIA.

PARCEL ID #15-197-17-021

AND

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 197 OF THE 15TH DISTRICT OF DEKALB COUNTY, GEORGIA, BEING LOT 1, TURNER HEIGHTS, AS PER PLAT RECORDED IN PLAT BOOK 24, PAGE 134, DEKALB COUNTY, GEORGIA RECORDS, WHICH PLAT IS INCORPORATED HEREIN BY REFERENCE AND MADE A PART HEREOF. BEING IMPROVED PROPERTY KNOWN AS 1433 DENNIS DRIVE, ACCORDING TO THE PRESENT SYSTEM OF NUMBERING HOUSES IN DEKALB COUNTY, GEORGIA.

TAX ID #15-197-17-019

Parcel ID: 15 197 17 021

---

Tract: 18
For reference only: T00017 - 1877 Selwyn Drive, Decatur, GA 30035 - Vesting: SFR ATL OWNER 1, L.P.

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 163 OF THE 15TH DISTRICT, 2ND SECTION, DEKALB COUNTY, GEORGIA, BEING LOT 325, BURGESS HILLS SUBDIVISION, AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT AN IRON PIN ON THE WESTERLY SIDE OF SELWYN DRIVE 300.0 FEET SOUTH OF THE SOUTHWEST CORNER OF SELWYN DRIVE AND THE ORIGINAL RIGHT OF WAY OF STEVEWOOD ROAD; RUNNING THENCE SOUTH 01 DEGREE 00 MINUTES WEST 75 FEET TO AN IRON PIN; RUNNING THENCE WEST 150.0 FEET TO AN IRON PIN; RUNNING THENCE, NORTH 75.0 FEET TO AN IRON PIN; THENCE RUNNING EAST 150.0 FEET TO AN IRON PIN AND THE POINT OF BEGINNING, AND HAVING AN INTERIOR ANGLE OF 91 DEGREES 24 MINUTES; AND BEING IMPROVED PROPERTY KNOWN AS NO. 1877 SELWYN DRIVE, ACCORDING TO THE PRESENT SYSTEM OF NUMBERING HOUSES IN DEKALB COUNTY, GEORGIA.

Parcel ID: 15 163 07 034

---

Tract: 19
For reference only: T00021 - 4887 Martins Crossing, Stone Mountain, GA 30088 - Vesting: SFR ATL OWNER 1, L.P.

ALL THAT TRACT OR PARCEL OF LAND LY1NG AND BEING IN LAND LOT 1 OF THE I6TH DISTRICT, DEKALB COUNTY, GEORGIA, BEING LOT 4, MARTINS CROSSING, PHASE 2, AS PER PLAT RECORDED IN PLAT BOOK 66, PAGE 65, DEKALB COUNTY, GEORGIA RECORDS, WHICH PLAT IS INCORPORATED HEREIN BY REFERENCE AND MADE A PART HEREOF.

Parcel ID: 16 001 01 040

---

Tract: 20
For reference only: T00022 - 1946 Glenwood Downs, Decatur, GA 30035 - Vesting: SFR ATL OWNER 1, L.P.

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 164 OF THE 15TH DISTRICT, DEKALB COUNTY, GEORGIA, BEING LOT 91 OF GLENWOOD DOWNS SUBDIVISION, PHASE I, PER PLAT OF SURVEY RECORDED IN PLAT BOOK 89, PAGE 72, DEKALB COUNTY, GEORGIA RECORDS, WHICH PLAT IS INCORPORATED HEREIN BY REFERENCE AND MADE A PART OF THIS DESCRIPTION.

Parcel ID: 15 164 02 054

---

Tract: 21
For reference only: T00035 - 1715 Lee Street, Decatur, GA 30035 - Vesting: SFR ATL OWNER 1, L.P.

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 190 OF THE 15TH DISTRICT OF DEKALB COUNTY, GEORGIA, BEING LOT 2, BLOCK A, LITTLE VILLAGE, AS PER PLAT RECORDED IN PLAT BOOK 29, PAGE 123, IN DEKALB COUNTY RECORDS, SAID PLAT BEING INCORPORATED AND MADE A PART OF THIS DESCRIPTION.

Parcel ID: 15 190 01 079

---

Tract: 22
For reference only: T00045 - 767 San Miguel Drive, Stone Mountain, GA 30083 - Vesting: SFR ATL OWNER 1, L.P.

ALL THAT TRACT OB PARCEL OF LAND LYING AND BEING IN LAND LOT 38 OF THE 18TH DISTRICT OK DEKALB COUNTY, GEORGIA, BEING LOT 48, BLOCK H, VILLA NUEVA, UNIT 4, AS PER PLAT RECORDED IN PI.AT BOOK 58, PAGE 93, DEKALB COUNTY, GEORGIA RECORDS, WHICH PLAT IS HEREBY REFERRED TO AND MADE A PART OF THIS DESCRIPTION, BEING IMPROVED PROPERTY KNOWN AS 767 SAN MIGUEL DRIVE, ACCORDING TO THE PRESENT SYSTEM OF NUMBERING HOUSES IN THE CITY OF STONE MOUNTAIN, DEKALB COUNTY, GEORGIA.

Parcel ID: 18 038 02 151

---

Tract: 23
For reference only: T00062 - 2270 Titan Ridge Drive, Decatur, GA 30035 - Vesting: SFR ATL OWNER 1, L.P.

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 133 OF THE 15TH DISTRICT, DEKALB COUNTY, GEORGIA, BEING LOT 10, BLOCK B, TITAN RIDGE, AS PER PLAT RECORDED IN PLAT BOOK 48, PAGE 137, DEKALB COUNTY, GEORGIA RECORDS, WHICH PLAT IS HEREBY REFERRED TO AND MADE A PART OF THIS DESCRIPTION. BEING IMPROVED PROPERTY HAVING A SPLIT-LEVEL BRICK AND FRAME HOUSE THEREON AND BEING MORE PARTICULARLY SHOWN ON SURVEY PREPARED BY GEORGIA LAND SURVEYING CO., INC. DATED NOVEMBER 12, 1976.

Parcel ID: 15 133 02 007

---

Tract: 24
For reference only: T00071 - 3640 Mecklinburg Place, Decatur, GA 30032 - Vesting: SFR ATL OWNER 1, L.P.

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 197 OF THE 15TH DISTRICT, DEKALB COUNTY, GEORGIA, BEING LOT 5, BLOCK N, UNIT NO. 6, MOUNTAINBROOK SUBDIVISION, AS PER PLAT THEREOF RECORDED IN PLAT BOOK 40, PAGE 83, DEKALB COUNTY, GEORGIA RECORDS.

Parcel ID: 15 197 13 005

---

Tract: 25
For reference only: T00693 - 1815 Boulderview Dr SE, Atlanta, GA 30316 - Vesting: SFR ATL OWNER 1, L.P.

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 109 OF THE 15TH DISTRICT OF DEKALB COUNTY, GEORGIA, BEING LOT 4 AND PART OF LOT 3, BLOCK D, UNIT 2, SUBDIVISION OF GRESHAM PARK, AS PER PLAT RECORDED IN PLAT BOOK 21, PAGE 50, DEKALB COUNTY, GEORGIA, WHICH PLAT IS HEREBY REFERRED TO AND MADE A PART OF THIS DESCRIPTION, BEING IMPROVED PROPERTY HAVING A ONE STORY BRICK AND FRAME RESIDENCE LOCATED THEREON KNOWN AS 1815 BOULDERVIEW DRIVE, ACCORDING TO THE PRESENT SYSTEM OF NUMBERING HOUSES IN DEKALB COUNTY, GEORGIA, AND AS SHOWN ON PLAT OF SURVEY PREPARED BY ESTON PENDLEY & ASSOCIATES, INC. DATED MAY 31, 1989, AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT THE CORNER FORMED BY THE INTERSECTION OF THE SOUTHERLY SIDE OF BOULDERVIEW DRIVE WITH THE EASTERLY SIDE OFFERING LANE; RUNNING THENCE EASTERLY ALONG THE SOUTHERLY SIDE OF BOULEVARD DRIVE SEVENTY-EIGHT AND TWO TENTHS (78.2) FEET TO LOT 5, SAID BLOCK AND SUBDIVISION; RUNNING THENCE SOUTHERLY ALONG THE WESTERLY LINE OF SAID LOT 5 ONE HUNDRED SEVENTY-FIVE (175) FEET TO A POINT; RUNNING THENCE WESTERLY EIGHTY-EIGHT AND ONE TENTH (88.1) FEET TO THE EASTERLY SIDE OF ROLLINGWOOD LANE; RUNNING THENCE NORTHERLY ALONG THE EASTERLY SIDE OF ROLLINGWOOD LANE ONE HUNDRED SEVENTY-FIVE AND SEVEN TENTHS (175.7) FEET TO THE SOUTHERLY SIDE OF BOULDERVIEW DRIVE AND THE POINT OF BEGINNING; BEING IMPROVED PROPERTY HAVING A ONE-STORY BRICK AND FRAME HOUSE THEREON.

Parcel ID: 15 109 02 031

---

Tract: 26
For reference only: T00915 - 1278 Lynwyn Ln SE, Atlanta, GA 30316 - Vesting: SFR ATL FLIP OWNER 1, LP

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 144 OF THE 15TH DISTRICT, DEKALB COUNTY, GEORGIA, BEING LOT 13 OF PROPERTY OF Z.A. GODWIN SUBDIVISION, UNIT TWO, AS PER PLAT RECORDED IN PLAT BOOK 22, PAGE 146, DEKALB COUNTY, GEORGIA RECORDS, WHICH PLAT IS INCORPORATED HEREIN BY REFERENCE AND MADE A PART OF THIS DESCRIPTION.

Parcel ID: 15 144 02 036

---

Tract: 27
For reference only: T00009 - 4433 Mercer Road, Decatur, GA 30035 - Vesting: SFR ATL OWNER 1, L.P.

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 194, 15TH DISTRICT, DEKALB COUNTY, GEORGIA, BEING LOT 9, BLOCK D, SECTION THREE, B.A. HASTY-PROPERTY, AS PER PLAT RECORDED IN PLAT BOOK 29, PAGE 83, DEKALB COUNTY, GEORGIA RECORDS, WHICH PLAT IS HEREBY REFERRED TO AND MADE A PART OF THIS DESCRIPTION.

LESS AND EXCEPT A 10-FOOT STREET RESERVED FOR WIDENING MERCER ROAD.

Parcel ID: 15 194 05 025

---

Tract: 28
For reference only: T00011 - 1433 Dennis Drive, Decatur, GA 30032 - Vesting: SFR ATL OWNER 1, L.P.

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 197 OF THE 15TH DISTRICT OF DEKALB COUNTY, GEORGIA, BEING LOT 1, TURNER HEIGHTS, AS PER PLAT RECORDED IN PLAT BOOK 24, PAGE 134, DEKALB COUNTY, GEORGIA RECORDS, WHICH PLAT IS INCORPORATED HEREIN BY REFERENCE AND MADE A PART HEREOF. BEING IMPROVED PROPERTY KNOWN AS 1433 DENNIS DRIVE, ACCORDING TO THE PRESENT SYSTEM OF NUMBERING HOUSES IN DEKALB COUNTY, GEORGIA.

Parcel ID: 15 197 17 019

---

Tract: 29
For reference only: T00036 - 1969 Oak Valley Road, Decatur, GA 30035 - Vesting: SFR ATL OWNER 1, L.P.

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 163 OF THE 15TH DISTRICT OF DEKALB COUNTY, GEORGIA, AND BEING LOT 82 OF THE BURGESS HILLS SUBDIVISION, SECTION TWO, AS PER PLAT OF SURVEY RECORDED IN PLAT BOOK 21, PAGE 119, DEKALB COUNTY, GEORGIA RECORDS, WHICH PLAT IS INCORPORATED HEREIN BY REFERENCE AND MADE A PART OF THIS DESCRIPTION.

Parcel ID: 15 163 04 032

---

Tract: 30
For reference only: T00039 - 1901 Oak Valley Road, Decatur, GA 30035 - Vesting: SFR ATL OWNER 1, L.P.

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 163 OF THE 15TH DISTRICT, DEKALB COUNTY, GEORGIA, BEING LOT 71, BURGESS HILLS SUBDIVISION, SECTION TWO, AS PER PLAT RECORDED IN PLAT BOOK 21, PAGE 119, DEKALB COUNTY, GEORGIA RECORDS, WHICH PLAT IS INCORPORATED HEREIN BY THIS REFERENCE AND MADE A PART OF THIS DESCRIPTION.

Parcel ID: 15 163 04 043

---

Tract: 31
For reference only: T00041 - 1906 Oak Valley Road, Decatur, GA 30035 - Vesting: SFR ATL OWNER 1, L.P.

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 163 OF THE 15TH DISTRICT OF DEKALB COUNTY, GEORGIA, AND BEING LOT 57, BURGESS HILLS SUBDIVISION, SECTION II, AS PER PLAT RECORDED IN PLAT BOOK 21, PAGE 119, DEKALB COUNTY, GEORGIA RECORDS, WHICH PLAT IS INCORPORATED HEREIN BY THIS REFERENCE AND MADE A PART OF THIS DESCRIPTION.

BEING IMPROVED PROPERTY KNOWN AS NO. 1906 OAK VALLEY ROAD, ACCORDING TO THE PRESENT SYSTEM OF NUMBERING HOUSES IN DEKALB COUNTY, GEORGIA, BEING SAME PROPERTY DESCRIBED IN WARRANTY DEED FROM ROBERTSON CONSTRUCTION COMPANY TO JOHN M. LIVEOAK AND VICKIE D. LIVEOAK, DATED SEPTEMBER 22, 1978. RECORDED IN DEED BOOK 3900, PAGE 158, DEKALB COUNTY, GEORGIA RECORDS.

Parcel ID: 15 163 07 012

---

Tract: 32
For reference only: T00048 - 1777 W Austin Road, Decatur, GA 30032 - Vesting: SFR ATL OWNER 1, L.P.

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 188 OF THE 15TH DISTRICT, DEKALB COUNTY, GEORGIA, BEING LOT 13, BLOCK B OF MEADOWDALE SUBDIVISION, AS PER PLAT RECORDED IN PLAT BOOK 24, PAGE 132, DEKALB COUNTY, GEORGIA RECORDS, WHICH PLAT IS INCORPORATED HEREIN BY REFERENCE AND MADE A PART OF THIS DESCRIPTION.

Parcel ID: 15 188 11 013

---

Tract: 33
For reference only: T00676 - 3904 W Hilda Circle, Decatur, GA 30035 - Vesting: SFR ATL OWNER 1, L.P.

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOTS 196 AND 221 OF THE 15TH DISTRICT OF DEKALB COUNTY, GEORGIA, AND BEING LOT 8, BLOCK K, PENDLEY HILLS SUBDIVISION, UNIT I, AS PER PLAT RECORDED IN PLAT BOOK 24, PAGE 109, DEKALB COUNTY, GEORGIA RECORDS, AND A TRACT OF 90 FEET BY 80 FEET ADJOINING SAID LOT 8 ON THE NORTH AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS;

BEGINNING AT THE CORNER FORMED BY THE INTERSECTION OF THE NORTHERN SIDE OF WEST HILDA CIRCLE WITH THE WESTERN SIDE OF JUNE DRIVE; RUNNING THENCE WESTERLY ALONG THE NORTHERN SIDE OF WEST HILDA CIRCLE A DISTANCE OF 90 FEET TO AN IRON PIN AT THE SOUTHEASTERN CORNER OF LOT 7, SAID BLOCK AND SUBDIVISION; RUNNING THENCE NORTHERLY A DISTANCE OF 240 FEET TO AN IRON PIN; RUNNING THENCE EASTERLY A DISTANCE OF 90 FEET TO AN IRON PIN ON THE WESTERN SIDE OF JUNE DRIVE; RUNNING THENCE SOUTHERLY ALONG THE WESTERN SIDE OF JUNE DRIVE A DISTANCE OF 240 FEET TO THE POINT OF BEGINNING; SAID PREMISES BEING IMPROVED PROPERTY WITH A ONE STORY BRICK DWELLING LOCATED THEREON, ALL AS SHOWN ON PLAT BY EATON PENDLEY, SURVEYOR, DATED MARCH 22,1969, ENTITLED "SURVEY FOR THARPE & BROOKS INCORPORATED AND JOHN T. GUNTHORPE."

Parcel ID: 15 196 08 001

---

Tract: 34
For reference only: T00716 - 2327 Scotty Circle, Decatur, GA 30032 - Vesting: SFR ATL OWNER 1, L.P.

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 140 OF THE 15TH DISTRICT, DEKALB COUNTY, GEORGIA, BEING LOT 19, BLOCK A, GREYSTONE PARK SUBDIVISION, AS PER PLAT RECORDED IN PLAT BOOK 21, PAGE 48, DEKALB COUNTY, GEORGIA RECORDS, WHICH PLAT IS INCORPORATED HEREIN BY REFERENCE AND MADE A PART OF THIS DESCRIPTION.

Parcel ID: 15 140 04 028

---

Tract: 35
For reference only: T00778 - 2764 Mcafee Road, Decatur, GA 30032 - Vesting: SFR ATL OWNER 1, L.P.

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 169 OF THE 15TH DISTRICT, DEKALB COUNTY, GEORGIA, BEING LOT 2, BLOCK A, WILLA HEIGHTS SUBDIVISION, SECTION TWO, AS

PER PLAT RECORDED IN PLAT BOOK 19, PAGE 27, DEKALB COUNTY, GEORGIA RECORDS, WHICH PLAT IS INCORPORATED HEREIN BY REFERENCE AND MADE A PART HEREOF BY THIS REFERENCE.

Parcel ID: 15 169 01 113

---

Tract: 36
For reference only: T00008 - 2017 Lindsey Lane, Decatur, GA 30035 - Vesting: SFR ATL OWNER 1, L.P.

ALL THAT TRACT OR PARCEL OK LAND LYING AND BEING IN LAND LOT 158 OF THE 15TH DISTRICT, DEKALB COUNTY, GEORGIA, BEING LOT 28, BLOCK A, GLENWOOD EAST SUBDIVISION, UNIT II, AS PER PLAT RECORDED IN PLAT BOOK 45, PAGE 96, DEKALB COUNTY, GEORGIA RECORDS, WHICH RECORDED PLAT IS INCORPORATED HEREIN BY THIS REFERENCE AND MADE A PART OF THIS DESCRIPTION.

Parcel ID: 15 158 01 033

---

Tract: 37
For reference only: T00013 - 2874 Toney Drive, Decatur, GA 30032 - Vesting: SFR ATL OWNER 1, L.P.

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 152 OF THE 15TH DISTRICT, DEKALB COUNTY, GEORGIA, LOT 3, BLOCK C, TONEY VALLEY, AS PER PLAT RECORDED IN PLAT BOOK 22, PAGE 60, DEKALB COUNTY RECORDS; WHICH PLAT IS HEREBY REFERRED TO AND MADE A PART OF THIS DESCRIPTION; BEING IMPROVED PROPERTY KNOWN AS 2874 TONEY DRIVE, ACCORDING TO THE PRESENT SYSTEM OF NUMBERING IN DEKALB COUNTY, GEORGIA.

Parcel ID: 15 137 07 003

---

Tract: 38
For reference only: T00031 - 4323 Autumn Hill Drive, Stone Mountain, GA 30083 - Vesting: SFR ATL OWNER 1, L.P.

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 222 OF THE 15TH DISTRICT OF DEKALB COUNTY, GEORGIA, BEING LOT 9, BLOCK "C", CARRIAGE HILL SUBDIVISION, ACCORDING TO THE PLAT RECORDED IN PLAT BOOK 43, PAGE 33, DEKALB COUNTY, GEORGIA RECORDS, WHICH PLAT IS INCORPORATED HERON BY REFERENCE AND MADE A PART OF THIS DESCRIPTION.

Parcel ID: 15 222 01 120

---

Tract: 39
For reference only: T00067 - 446 Martindale Court, Stone Mountain, GA 30088 - Vesting: SFR ATL OWNER 1, L.P.

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 18, 18TH DISTRICT, DEKALB COUNTY, GEORGIA, BEING KNOWN AS LOT 18, BLOCK A, SECTION ONE, EDDINGTON II, AS PER PLAT RECORDED AT PLAT BOOK 50, PAGE 86, DEKALB COUNTY, GEORGIA RECORDS, WHICH PLAT IS INCORPORATED HEREIN BY REFERENCE AND MADE A PART OF THIS DESCRIPTION.

Parcel ID: 18 018 02 042

---

Tract: 40
For reference only: T00342 - 1761 Derrill Drive, Decatur, GA 30032 - Vesting: SFR ATL OWNER 1, L.P.

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 186 OF THE 15TH DISTRICT OD DEKALB COUNTY, GEORGIA, BEING LOT 5, BLOCK B, GLENCO SUBDIVISION, AS PER PLAT RECORDED IN PLAT BOOK 18, PAGE 145, DEKALB COUNTY, GEORGIA RECORDS, WHICH PLAT IS INCORPORATED HEREIN AND MADE A PART HEREOF BY THIS REFERENCE.

Parcel ID: 15 186 15 118

---

Tract: 41
For reference only: T00744 - 3152 Bay Street, Scottdale, GA 30079 - Vesting: SFR ATL OWNER 1, L.P.

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 10 OF THE 18TH DISTRICT OF DEKALB COUNTY, GEORGIA, BEING LOT 21, BLOCK "C" LINCOLN PARK, AS PER PLAT RECORDED IN PLAT BOOK 23, PAGE 18, DEKALB COUNTY, GEORGIA RECORDS, AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT AN IRON PIN FOUND ON THE NORTHERLY RIGHT OF WAY LINE OF BAY STREET (HAVING A 50 FOOT RIGHT OF WAY); SAID IRON PIN BEING LOCATED AT 514.0 FEET EASTERLY, AS MEASURED ALONG THE NORTHERLY RIGHT OF WAY LINE OF BAY STREET, FROM THE INTERSECTION OF THE NORTHERLY RIGHT OF WAY LINE OF BAY STREET WITH THE EASTERLY RIGHT OF WAY LINE OF REED STREET (F/K/A FIFTH AVENUE, HAVING A 50 FOOT RIGHT OF WAY); THENCE RUN NORTH 00 DEGREES 25 MINUTES 20 SECONDS EAST A DISTANCE OF 190.50 FEET TO AN IRON PIN FOUND; THENCE RUN SOUTH 89 DEGREES 40 MINUTES 42 SECONDS EAST A DISTANCE OF 61.0 FEET TO AN IRON PIN FOUND; THENCE RUN SOUTH 00 DEGREES 25 MINUTES 23 SECONDS WEST A DISTANCE OF 191.20 FEET TO AN IRON PIN FOUND ON THE NORTHERLY RIGHT OF WAY LINE OF BAY STREET; THENCE RUN NORTH 89 DEGREES 01 MINUTES 15 SECONDS WEST A DISTANCE OF 61.00 FEET TO AN IRON PIN FOUND AND THE POINT OF BEGINNING AS PER SURVEY PREPARED FOR GEORGE M. RAY AND CARRIE B. RAY, DATED DECEMBER 5, 1994, PREPARED BY SURVEY SYSTEMS AND ASSOCIATES, INC.

Parcel ID: 18 010 07 041

---

Tract: 42
For reference only: T00764 - 2490 Habersham Drive, Decatur, GA 30032 - Vesting: SFR ATL OWNER 1, L.P.

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 151 OF THE 15TH DISTRICT, DEKALB COUNTY, GEORGIA, BEING LOT 46, UNIT THREE, HABERSHAM HILLS AS PER PLAT RECORDED IN PLAT BOOK 21, PACE 128, DEKALB COUNTY, GEORGIA RECORDS, WHICH PLAT IS INCORPORATED HEREIN BY REFERENCE FOR A MORE COMPLETE DESCRIPTION.

Parcel ID: 15 151 02 031

---

Tract: 43
For reference only: T00006 - 5136 Cornwallis Court, Stone Mountain, GA 30088 - Vesting: SFR ATL OWNER 1, L.P., A DELAWARE LIMITED PARTNERSHIP

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 18 OF THE 18TH DISTRICT OF DEKALB COUNTY, GEORGIA, BEING LOT 12, BLOCK C, EDDINGTON SUBDIVISION, AS PER PLAT RECORDED IN PLAT BOOK 50, PAGE 79, DEKALB COUNTY, GEORGIA RECORDS, WHICH PLAT IS HEREBY INCORPORATED HEREIN AND MADE A PART OF THIS DESCRIPTION.

Parcel ID: 18 018 02 018

---

Tract:44
For reference only: T00024 - 2087 John Wesley Court, Decatur, GA 30035 - Vesting: SFR ATL OWNER 1, L.P.

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 159 OF THE 15TH DISTRICT OF DEKALB COUNTY, GEORGIA, BEING LOT 23, BLOCK C, WESLEY CHAPEL, ESTATES SUBDIVISION, UNIT 2, PER PLAT RECORDED IN PLAT BOOK 46, PAGE 33, WHICH PLAT IS INCORPORATED HEREIN BY REFERENCE AND MADE A PART OF THIS DESCRIPTION.

Parcel ID: 15 159 04 023

---

Tract: 45
For reference only: T00040 - 1907 Oak Valley Road, Decatur, GA 30035 - Vesting: SFR ATL OWNER 1, L.P.

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 163 OF THE 15TH DISTRICT OF DEKALB COUNTY, GEORGIA, AND BEING LOT 72, BURGESS HILLS SUBDIVISION, SECTION TWO, AS PER PLAT RECORDED IN PLAT BOOK 21, PAGE 119, DEKALB COUN COUNTY, GEORGIA RECORDS, WHICH PLAT IS INCORPORATED HEREIN BY THIS REFERENCE AND MADE A PART OF THIS DESCRIPTION.

Parcel ID: 15 163 04 042

---

Tract: 46
For reference only: T00063 - 622 S Hairston, Stone Mountain, GA 30088 - Vesting: SFR ATL OWNER 1, L.P.

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 17 OK THE 18TH DISTRICT OF DEKALB COUNTY, GEORGIA, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT ON THE NORTHEASTERLY SIDE OF HAIRSTON ROAD 336.7 FEET NORTHWESTERLY FROM THE INTERSECTION OF THE NORTHEASTERLY SIDE OF HAIRSTON ROAD WITH THE SOUTH LINE OF LAND LOT 17; RUNNING THENCE NORTHWESTERLY ALONG THE NORTHEASTERLY SIDE OF HAIRSTON ROAD A DISTANCE OF 175 FEET TO A POINT; RUNNING THENCE EASTERLY A DISTANCE OF 300 FEET TO A POINT; RUNNING THENCE SOUTHEASTERLY A DISTANCE OF 135 FEET TO A POINT; RUNNING THENCE WESTERLY A DISTANCE OF 288.12 FEET TO A POINT ON THE NORTHEASTERLY SIDE OF HAIRSTON ROAD AND THE POINT OF BEGINNING.

Parcel ID: 18 017 08 033

---

Tract: 47
For reference only: T00698 - 3371 Hyland Drive, Decatur, GA 30032 - Vesting: SFR ATL OWNER 1, L.P.

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 155 OF THE 15TH DISTRICT, DEKALB COUNTY, GEORGIA, BEING LOT 1, BLOCK D, DUNHILL ACRES SUBDIVISION, AS PER PLAT RECORDED IN PLAT BOOK 22, PAGE 6, DEKALB COUNTY, GEORGIA RECORS, WHICH PLAT IS INCORPORATED HEREIN BY REFERENCE AND MADE A PART OF THIS DESCRIPTION.

BEING IMPROVED PROPERTY KNOWN AS 3371 HYLAND DRIVE, ACCORDING TO THE PRESENT SYSTEM OF NUMBERING HOUSES IN DEKALB COUNTY, GEORGIA.

Parcel ID: 15 155 08 022

---

Tract: 48
For reference only: T00700 - 2500 Glenrock Drive, Decatur, GA 30032 - Vesting: SFR ATL OWNER 1, L.P.

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 135, 15TH DISTRICT. DEKALB COUNTY, GEORGIA, BEING LOT 20, BLOCK E, UNIT TEN, TONEY GARDEN SUBDIVISION, AS PER PLAT RECORDED IN PLAT BOOK 37, PAGE 99, DEKALB COUNTY RECORDS, AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT ON THE SOUTHEASTERLY SIDE OF GLENROCK DRIVE, ONE THOUSAND FIVE HUNDRED AND THREE TENTHS (1500.3) FEET SOUTHWESTERLY FROM COLUMBIA WOODS DRIVE, SAID POINT OF BEGINNING ALSO BEING AT THE LINE DIVIDING LOTS 19 AND 20, SAID BLOCK AND SUBDIVISION, RUN THENCE SOUTHWESTERLY ALONG THE SOUTHEASTERLY SIDE OF GLENROCK DRIVE, SEVENTY FIVE (75) FEET TO LOT 21, SAID BLOCK AND SUBDIVISION; RUN THENCE SOUTHEASTERLY ALONG NORTHEASTERLY LINE OF SAID LOT 21. ONE HUNDRED FIFTY-ONE AND SEVEN TENTHS (151.7) FEET TO A POINT; RUN THENCE NORTHEASTERLY, SEVENTY-FIVE (75) FEET TO A POINT; RUN THENCE NORTHWESTERLY ALONG THE SOUTHWESTERLY LINE OF SAID LOT 19, ONE HUNDRED FIFTY-THREE AND EIGHT TENTHS (153.8) FEET TO THE SOUTHEASTERLY SIDE OF GLENROCK DRIVE AND THE POINT OF BEGINNING.

Parcel ID: 15 135 14 020

---

Tract: 49
For reference only: T00741 - 1984 Long Drive, Decatur, GA 30032 - Vesting: SFR ATL OWNER 1, L.P.

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 169 OF THE 15TH DISTRICT, DEKALB COUNTY, GEORGIA, BEING LOT 4, BLOCK B, THOMAS H. LONG SUBDIVISION, AS PER PLAT RECORDED IN PLAT BOOK 20, PAGE 165, DEKALB COUNTY, GEORGIA RECORDS, WHICH RECORDED PLAT IS INCORPORATED HEREIN BY THIS REFERENCE AND MADE A PART OF THIS DESCRIPTION.

Parcel ID: 15 169 01 167

---

Tract: 50
For reference only: T00792 - 3072 Glendale Court, Decatur, GA 30032 - Vesting: SFR ATL OWNER 1, L.P.

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 153, 15TH DISTRICT, DEKALB COUNTY, GEORGIA, BEING KNOWN AS LOT 15, BLOCK "B", TONEY GARDENS SUBDIVISION, AS PER PLAT

2021064276 DEED BOOK 29252 Pg 35
Debra DeBerry
Clerk of Superior Court
DeKalb County, Georgia

RECORDED IN PLAT BOOK 24, PAGE 133, DEKALB COUNT, GEORGIA RECORDS, WHICH PLAT IS INCORPORATED HEREIN BY REFERENCE AND MADE A PART OF THIS DESCRIPTION.

Parcel ID: 15 153 01 034

# EXHIBIT

# B

# AFFIDAVIT TO REMOVE SQUATTERS PURSUANT TO O.C.G.A. § 44-11-30

I, Danielle Denico, personally appeared before the undersigned, an officer duly authorized to administer oaths, who, after being first duly sworn, state the following:

1.

I am a person of sound mind and I am over twenty-one (21) years of age. I am mentally and legally competent to make this affidavit and do so based upon my personal knowledge.

2.

I am a Property Manager for **STAR 2021-SFR1 Borrower, L.P.**, the bona fide owner of the real property located at **4595 Garden Hills Dr, Stone Mountain 30083** that is the subject matter of this affidavit. My regular duties include the management and oversight of STAR 2021-SFR1 Borrower, L.P.'s properties and I am authorized to make this Affidavit.

3.

In the regular performance of my job functions, I am familiar with business records maintained by STAR 2021-SFR1 Borrower, L.P. These records (which include date compilations, electronically imaged documents, and others) are made at or near the time by, or from information provided by, persons with personal knowledge of the activity and transactions reflected in such records and are kept in the course of business active conducted regularly by STAR 2021-SFR1 Borrower, L.P. as is the regular practice of these entities to make these records. In connection with making this Affidavit, I have acquired personal knowledge of the matters stated herein by personally examining these business records.

4.

STAR 2021-SFR1 Borrower, L.P. does in good faith claim the right of possession to a lot or parcel of land and the tenements upon it, a house and lot in 4595 Garden Hills Dr, Stone Mountain, Georgia 30083 (hereinafter "Property") in DeKalb County, Georgia, known as DeKalb County, Georgia Parcel Number 18 016 01 191 and described as:

**For reference only: T00003 - 4595 Garden Hills Drive, Stone Mountain, GA 30083 - Vesting: SFR ATL OWNER 1, L.P.**

**ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 16 OF THE 18TH DISTRICT, DEKALB COUNTY, GEORGIA, BEING LOT 2, BLOCK BB, LAUREL OAKS SUBDIVISION, UNIT FOUR, AS PER PLAT RECORDED IN PLAT BOOK 76, PAGE 100, DEKALB COUNTY, GEORGIA RECORDS, WHICH PLAT IS INCORPORATED HEREIN BY REFERENCE AND MADE A PART OF THIS DESCRIPTION.**

**Parcel ID: 18 016 01 191**

STAR 2021-SFR1 Borrower, L.P. is the fee simple title owner of the Property, as more fully shown by that certain Quit Claim Deed, dated March 10, 2021, filed April 8, 2021, and recorded in Deed Book 29252, Pages 19-35, DeKalb County, Georgia Records ("Quit Claim Deed"). A true and correct copy of the Quit Claim Warranty Deed is attached hereto as **Exhibit "A"** and incorporated herein by reference.

5.

The Property is in the hands of ALL OCCUPANTS, each, any, and all of whom are intruders upon the Property; and that said intruders do not in good faith claim the right to possess the Property and yet they continue to refuse to abandon and surrender the Property, even though demand has been made on them to vacate, abandon, and surrender the Property to STAR 2021-SFR1 Borrower, L.P.

6.

The unknown occupant or occupants are aware that STAR 2021-SFR1 Borrower, L.P. owns the Property. The unknown occupant or occupants are aware that they have not paid any rent to STAR 2021-SFR1 Borrower, L.P. for the Property. The unknown occupant or occupants are aware that STAR 2021-SFR1 Borrower, L.P. has not authorized or sanctioned their possession of the Property.

7.

This Affidavit is made under the authority contained in O.C.G.A. § 44-11-30 for the purpose of requiring the Sheriff of DeKalb County, Georgia, or his lawful deputy or agent, to remove ALL OCCUPANTS from the Property.

FURTHER AFFIANT SAYETH NAUGHT.

This 13th day of May, 2026.

[signature]
Signature

Danielle [illegible]
Print Name
Property Manager
STAR 2021-SFR1 Borrower, L.P.

Sworn to and subscribed before me
this 13th day of May, 2026.

[signature]
Notary Public
My commission expires: 1-12-2027
[SEAL]

TIFFANY A. CRUTCHFIELD
MY COMMISSION EXPIRES
NOTARY
PUBLIC
01/12/2027
CLAYTON COUNTY
GEORGIA

# Exhibit "A"

2021064276 DEED BOOK 29252 Pg 19
Filed and Recorded: 4/8/2021 10:18:00 AM
Recording Fee: $25.00
Prepared By:
6543458656
7067927936

Prepared By:
William Curphey
1771 North Springs Dr.
Dunwoody, GA 30338

Return To:
Essex Title, LLC
Attn: Bill Sheahan
29777 Telegraph Road, Ste 1170
Southfield, MI 48034

Mail Tax Statements To:
STAR 2021-SFR1 Borrower, L.P.
c/o Starwood Capital Group
591 West Putnam Avenue
Greenwich, CT 06830

| Tract # | Parcel ID | Tract # | Parcel ID | Tract # | Parcel ID |
|---|---|---|---|---|---|
| 1 | 15 117 08 003 | 18 | 15 163 07 034 | 35 | 15 169 01 113 |
| 2 | 15 190 06 017 | 19 | 16 001 01 040 | 36 | 15 158 01 033 |
| 3 | 15 167 11 030 | 20 | 15 164 02 054 | 37 | 15 137 07 003 |
| 4 | 15 169 01 022 | 21 | 15 190 01 079 | 38 | 15 222 01 120 |
| 5 | 15 154 01 021 | 22 | 18 038 02 151 | 39 | 18 018 02 042 |
| 6 | 15 187 02 001 | 23 | 15 133 02 007 | 40 | 15 186 15 118 |
| 7 | 18 016 01 191 | 24 | 15 197 13 005 | 41 | 18 010 07 041 |
| 8 | 15 187 06 026 | 25 | 15 109 02 031 | 42 | 15 151 02 031 |
| 9 | 15 188 05 007 | 26 | 15 144 02 036 | 43 | 18 018 02 018 |
| 10 | 15 167 10 002 | 27 | 15 194 05 025 | 44 | 15 159 04 023 |
| 11 | 15 152 12 001 | 28 | 15 197 17 019 | 45 | 15 163 04 042 |
| 12 | 15 253 01 176 | 29 | 15 163 04 032 | 46 | 18 017 08 033 |
| 13 | 15 168 07 005 | 30 | 15 163 04 043 | 47 | 15 155 08 022 |
| 14 | 15 194 07 019 | 31 | 15 163 07 012 | 48 | 15 135 14 020 |
| 15 | 15 197 08 008 | 32 | 15 188 11 013 | 48 | 15 169 01 167 |
| 16 | 15 134 07 017 | 33 | 15 196 08 001 | 50 | 15 153 01 034 |
| 17 | 15 197 17 021 | 34 | 15 140 04 028 | | |

# QUIT CLAIM DEED

Made this 10th day of March, 2021, by and between SFR ATL OWNER 1, L.P., a Delaware limited partnership, Grantor, and STAR 2021-SFR1 Borrower, L.P., whose address is c/o Starwood Capital Group, 591 West Putnam Avenue, Greenwich, CT 06830, Grantees.

Witnesseth, that said Grantor, for in consideration of the sum of TEN and 00/100 ($10.00) DOLLARS, and other good and valuable considerations in hand paid by Grantees, the receipt whereof is hereby acknowledged, does hereby remise, release and quitclaim unto the said Grantees forever all the right, title, interest, claim and demand which the said Grantor has in and to the following described lot, piece or parcel of land, situate, lying and being in DeKalb County, Georgia, to-wit:

**SEE COMPLETE LEGAL ATTACHED AS EXHIBIT "A"**

To have and to hold the same together with all and singular the appurtenances thereunto belonging or in anywise appertaining, and all the estate, right, title, interest, lien, equity and claim whatsoever of the said Grantor, either in law or in equity, to the only proper use, benefit and behalf of the Grantees forever.

Signed, sealed, and delivered in the presence of:

Unofficial Witness

Robert Phillips
Print Name

Laura S. Nikolayew
Notary Public

Laura S. Nikolayew
Print Name

My Commission Expires: 4-15-21

SFR ATL OWNER 1, L.P.
By: SFR ATL Owner 1 GP, L.L.C., its general partner

By:
NATE BAGNASCHI, Authorized Signatory

LAURA S NIKOLAYEW
NOTARY PUBLIC-STATE OF NEW YORK
No. 01NI6279609
Qualified in Kings County
My Commission Expires 04-15-2021

No title search was performed on the subject property by the preparer. The preparer of this deed makes neither representation as to the status of the title nor property use or any zoning regulations concerning described property herein conveyed nor any matter except the validity of the form of this instrument. Information herein was provided to preparer by Grantors/Grantee and /or their agents; no boundary survey was made at the time of this conveyance.

Tract: 5
For reference only: T00796 - 3211 Sandusky Drive, Decatur, GA 30032 - Vesting: SFR ATL OWNER 1, L.P.

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 154 OF THE 15TH DISTRICT OF DEKALB COUNTY, GEORGIA, BEING LOT 4, BLOCK F, SECTION NO. 1, EASTDALE, AS PER PLAT RECORDED IN PLAT BOOK 23, PAGE 113, DEKALB COUNTY, GEORGIA RECORDS, AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING A AN IRON PIN LOCATED ON THE SOUTH RIGHT OF WAY LINE OF SANDUSKY DRIVE, FORMERLY SHAMROCK WAY, TWO HUNDRED FIFTY (150) FEET EAST AS MEASURED ALONG THE SOUTH RIGHT OF WAY LINE OF SANDUSKY DRIVE FROM THE POINT OF INTERSECT ION OF SOUTH RIGHT OF WAY LINE OF GREEN FOREST DRIVE, FORMERLY SHERILL AVENUE; RUNNING THENCE EAST ALONG THE SOUTH RIGHT OF WAY LINE OF SANDUSKY DRIVE, SEVENTY (70) FEET TO AN IRON PIN, RUNNING THENCE SOUTH ALONG THE WEST LINE OF LOT 5 OF SAID BLOCK, SECTION AND SUBDIVISION, ONE HUNDRED EIGHTY (180) FEET TO AN IRON PIN; RUNNING THENCE WEST SEVENTY (70) FEET TO AN IRON PIN; RUNNING THENCE NORTH ALONG THE EAST LINE OF LOT 3 OF SAID BLOCK SECTION AND SUBDIVISION, ONE HUNDRED EIGHTY 180) FEET TO AN IRON PIN LOCATED ON THE SOUTH RIGHT OF WAY OF SANDUSKY DRIVE AND THE POINT OF BEGINNING.

Parcel ID: 15 154 01 021

---

Tract: 6
For reference only: T00002 - 3435 Misty Valley Road, Decatur, GA 30032 - Vesting: SFR ATL OWNER 1 L.P.

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 187 OF THE 15TH DISTRICT OF DEKALB COUNTY, GEORGIA, BEING LOT 1, BLOCK E, ALTALOMA PARK SUBDIVISION, AS PER PLAT RECORDED IN PLAT BOOK 24, PAGE 139, DEKALB COUNTY, GEORGIA RECORDS, WHICH PLAT IS INCORPORATED HEREIN BY THIS REFERENCE AND MADE A PART OF THIS DESCRIPTION.

BEING IMPROVED PROPERTY KNOWN AS 3435 MISTY VALLEY ROAD, ACCORDING TO THE PRESENT SYSTEM OF NUMBERING HOUSES IN DEKALB COUNTY, GEORGIA.

Parcel ID: 15 187 02 001

---

Tract: 7
For reference only: T00003 - 4595 Garden Hills Drive, Stone Mountain, GA 30083 - Vesting: SFR ATL OWNER 1, L.P.

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 16 OF THE 18TH DISTRICT, DEKALB COUNTY, GEORGIA, BEING LOT 2, BLOCK BB, LAUREL OAKS SUBDIVISION, UNIT FOUR, AS PER PLAT RECORDED IN PLAT BOOK 76, PAGE 100, DEKALB COUNTY, GEORGIA RECORDS, WHICH PLAT IS INCORPORATED HEREIN BY REFERENCE AND MADE A PART OF THIS DESCRIPTION.

Parcel ID: 18 016 01 191

---

Tract: 8